CO-386-online
10/03

# United States District Court
# For the District of Columbia

MORRISON MANAGEMENT )
SPECIALISTS, INC. )
)
)
            Plaintiff )   Civil Action No. __1:07-CV-00575-JR__
vs )
)
GREATER SOUTHEAST COMMUNITY )
HOSPITAL CORPORATION I )
)
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __MORRISON MANAGEMENT SPECIALISTS, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __MORRISON MANAGEMENT SPECIALISTS, INC.__ which have any outstanding securities in the hands of the public:

   COMPASS GROUP, PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

| | |
|---|---|
| 186577 | PAUL N. MURPHY |
| BAR IDENTIFICATION NO. | Print Name |
| | 1747 PENNSYLVANIA AVE., N.W. |
| | Address |
| | WASHINGTON, D.C. 20006-4606 |
| | City   State   Zip Code |
| | 202-454-287/2800 |
| | Phone Number |