UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRISON MANAGEMENT
SPECIALISTS, INC.,

      Plaintiff,

v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

      Defendant.

Civil Action No.: 1:07-cv-00575-JR

## MOTION FOR ADMISSION PRO HAC VICE

Jonathan D. Valentino respectfully moves the Court pursuant to LCvR 83.2 (d) for an order permitting him to appear *pro hac vice* as counsel for Plaintiff in this matter. In support of this motion, Mr. Valentino declares:

Full Name:    Jonathan D. Valentino

Address:    Armstrong Teasdale LLP
One Metropolitan Square – Suite 2600
St. Louis, MO 63102-2740
Telephone 314-259-4719
Facsimile 314-552-4816
jvalentino @ armstrongteasdale.com

Member:    The Missouri Bar

Disciplinary Action:  None

Previous Admission:  None

Respectfully submitted,

_____
Jonathan D. Valentino

/s/_____
Paul N. Murphy (D.C. Bar No. 186577)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W.
Third Floor
Washington, D.C. 20006-4604
Telephone 202-454-2847
Facsimile 202-454-2805
pmurphy@tighepatton.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,

       Plaintiff,

       v.                                     Civil Action No.: 1:07-cv-00575-JR

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

       Defendant.
_____

**ORDER OF ADMISSION PRO HAC VICE**

       On motion of the applicant and sponsoring member of the Bar of this Court pursuant to LCvR 83.2 (d) it is this _____ day of April 2007 hereby

       ORDERED that Jonathan D. Valentino may appear *pro hac vice* as counsel for Plaintiff in this matter.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE