```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


MORRISON MANAGEMENT SPECIALISTS,  :
INC.,                             :
                                  :
          Plaintiff,              :
                                  :
     v.                           :   Civil Action No. 07-0575 (JR)
                                  :
GREATER SOUTHEAST COMMUNITY       :
HOSPITAL CORPORATION I,           :
                                  :
          Defendant.              :
```

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Jonathan D. Valentino [4], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                                    United States District Judge