UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,

       Plaintiff,

    v.                                      Civil Action No.: 1:07-cv-00575-JR

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

       Defendant.
_____

## PROOF OF SERVICE

    I certify pursuant to LCvR 5.3 that the original summons and amended complaint in this matter were served pursuant to Fed. R. Civ. P. 4 (h) (1) on April 9, 2007, on the following:

    The Corporation Trust Co.
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

A copy of the Domestic Return Receipt (PS Form 3811) is attached as Exhibit 1 to this Proof of Service.

    /s/ Paul N. Murphy_____
    Paul N. Murphy (D.C. Bar No. 186577)
    Tighe Patton Armstrong Teasdale PLLC
    1747 Pennsylvania Ave., N.W.
    Third Floor
    Washington, D.C. 20006-4604
    Telephone 202-454-2847
    Facsimile 202-454-2805
    pmurphy@tighepatton.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>09 APR 2007<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>THE CORPORATION TRUST Co.<br>CORPORATION TRUST CENTER<br>1209 ORANGE Street<br>Wilmington, DE 19801 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0004 4597 2393 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 1