IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MORRISON MANAGEMENT<br>  SPECIALISTS, INC.<br>5801 Dunwoody Peachtree Rd. NE<br>Atlanta, Georgia 30342 | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.1:07-CV-00575 (JR) |
| GREATER SOUTHEAST COMMUNITY<br>  HOSPITAL CORPORATION I<br>1310 Southern Avenue, S.E.<br>Washington, D.C. 20036 | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

### ANSWER TO COMPLAINT

Comes Now Defendant, Greater Southeast Community Hospital Corporation I ("Greater Southeast"), and for its answer to the Complaint herein, states as follows:

### JURISDICTION AND VENUE

1.    Defendant admits the allegations contained in paragraph 1 of the Complaint.

2.    Defendant admits the allegations contained in paragraph 2 of the Complaint.

3.    Defendant admits the allegations contained in paragraph 3 of the Complaint.

4.    Defendant admits the allegations contained in paragraph 4 of the Complaint.

## ALLEGATIONS COMMON TO ALL COUNTS

5.      Defendant admits the allegations contained in paragraph 5 of the Complaint.

6.      Defendant admits the allegations contained in paragraph 6 of the Complaint.

7.      Defendant admits the allegations contained in paragraph 7 of the Complaint.

8.      Defendant admits the allegations contained in paragraph 8 of the Complaint.

9.      Defendant admits the allegations contained in paragraph 9 of the Complaint.

10.     Defendant admits the allegations contained in paragraph 10 of the Complaint.

11.     Defendant admits the allegations contained in paragraph 11 of the Complaint.

12.     Defendant admits the allegations contained in paragraph 12 of the Complaint.

13.     Defendant admits the allegations contained in paragraph 13 of the Complaint.

14.     Defendant admits the allegations contained in paragraph 14 of the Complaint.

15.     Defendant admits the allegations contained in paragraph 15 of the Complaint.

16.     Defendant admits the allegations contained in paragraph 16 of the Complaint.

17.     Defendant denies the allegations contained in paragraph 17 of the Complaint, and asserts that it has in fact made payment on the account to Plaintiff.

18.     Defendant admits the allegations contained in paragraph 18 of the Complaint.

19.     Defendant admits the allegations contained in paragraph 19 of the Complaint.

20.     Defendant denies the allegations contained in paragraph 20 of the Complaint.

21.     Defendant admits the allegations contained in paragraph 21 of the Complaint.

22.     Defendant neither admits nor denies the allegations contained in paragraph 22 of the Complaint, but demands strict proof thereof.

### COUNT 1: BREACH OF CONTRACT

23.     The responses contained in paragraphs 1 through 22 above are reasserted and incorporated herein as if fully set forth.

24.     Defendant denies the allegations contained in paragraph 24 of the Complaint.

25.     Defendant denies the allegations contained in paragraph 25 of the Complaint.

26.     Defendant denies the allegations contained in paragraph 26 of the Complaint.

3

27.     Defendant denies the allegations contained in paragraph 27 of the Complaint.

## COUNT 2: UNJUST ENRICHMENT

28.     The responses contained in paragraphs 1 through 27 above are reasserted and incorporated herein as if fully set forth.

29.     Defendant admits the allegations contained in paragraph 29 of the Complaint.

30.     Defendant admits that it accepted the benefit of Plaintiff's services as alleged in paragraph 30 of the Complaint but denies the allegations in said paragraph that it would have been unable to operate its hospital without said services.

31.     Defendant denies the allegations contained in paragraph 31 of the Complaint.

## COUNT 3: OPEN ACCOUNT

32.      The responses contained in paragraphs 1 through 31 above are reasserted and incorporated herein as if fully set forth.

33.     Defendant admits the allegations contained in paragraph 33 of the Complaint.

34.     Defendant denies the allegations contained in paragraph 34 of the Complaint.

35.     Defendant denies the allegations contained in paragraph 35 of the Complaint.

36.     Defendant neither admits nor denies the allegations contained in paragraph 36 of the Complaint, but demands strict proof thereof.

**WHEREFORE**, the premises considered, Defendant prays this Honorable Court to dismiss the Complaint against it, or in the alternative, enter judgment in its favor and against the Plaintiff.

Respectfully Submitted,
Law Office of Ronald C. Jessamy, PLLC

/s/ Ronald C. Jessamy, Sr.
Ronald C. Jessamy, Sr.
Bar No. 192898
Law Office of Ronald C. Jessamy, PLLC
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 434-8358

Attorney for Defendant

5