IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRISON MANAGEMENT<br>SPECIALISTS, INC.<br>5801 Dunwoody Peachtree Rd. NE<br>Atlanta, Georgia 30342<br><br>   Plaintiff,<br><br>vs.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL CORPORATION I<br>1310 Southern Avenue, S.E.<br>Washington, D.C. 20036<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.1:07-CV-00575 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1 of the LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for Defendant Greater Southeast Community Hospital Corporation I, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Greater Southeast Community Hospital Corporation I which have any outstanding securities in the hands of the public:

**None**

                Respectfully Submitted,
                Law Office of Ronald C. Jessamy, PLLC

                /s/ Ronald C. Jessamy, Sr.
                Ronald C. Jessamy, Sr.
                Bar No. 192898
                Law Office of Ronald C. Jessamy, PLLC
                1200 G Street, N.W.
                Suite 800
                Washington, D.C. 20005
                (202) 434-8358

                Attorney for Defendant