UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,

        Plaintiff,

        v.                        Civil Action No. 1:07-cv-00575-JR

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

        Defendant.
_____

**JOINT MOTION TO CONTINUE
INITIAL SCHEDULING CONFERENCE**

        The Parties, by counsel, respectfully move the Court for an order continuing the Initial Scheduling Conference, now set for Wednesday, May 16, 2007, at 4:30 p.m., to Wednesday, May 23, 2007, at 4:30 p.m. or at a time convenient to the Court.  Counsel for Plaintiff is scheduled for surgery at 11:00 a.m., May 16, and will be temporarily incapacitated. A proposed order of continuance, the Parties' joint report pursuant to Local Rule 16 (d), and a proposed scheduling order are attached to this motion.

        Respectfully submitted,

/s/Paul N. Murphy
Paul N. Murphy (Bar No. 186577)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006-4604
Telephone 202-454-2847
Facsimile 202-454-2805
pmurphy@tighepatton.com

Counsel for Morrison Management Specialists, Inc.


/s/Ronald C. Jessamy, Sr.
Ronald C. Jessamy, Sr. (Bar No. 192898)
Law Office of Ronald C. Jessamy, PLLC
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
Telephone 202-434-8358
rjessamy@jessamylaw.com

Counsel for Greater Southeast Community
Hospital Corporation I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,

      Plaintiff,

    v.                            Civil Action No. 1:07-cv-00575-JR

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

      Defendant.

_____

**ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE**

On joint motion of the Parties, and for good cause shown, it is this ___ day of May 2007 hereby ORDERED

That the Parties' joint motion to continue the Initial Scheduling Conference is granted; and it is further ORDERED

That the Initial Scheduling Conference in this matter will held on May ____, 2007, at _____.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,

        Plaintiff,

v.                                 Civil No. 1:07-cv-575-JR

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

        Defendant.
_____

**JOINT REPORT OF THE PARTIES
PURSUANT TO LCvR 16 (d)**

Pursuant to Local Civil Rule 16 (d), the Parties respectfully report to the Court as follows: There is a high probability of settlement and the case may be resolved by summary judgment. Accordingly, the Parties propose the following Scheduling Order:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | May 14, 2007 |
| Defendant's Opposition | June 1, 2007 |
| Proposed Dates for Decision | June 15-30, 2007 |

Respectfully submitted,

1

/s/Paul N. Murphy
Paul N. Murphy (Bar No. 186577)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006-4604
Telephone 202-454-2847
 Facsimile 202-454-2805
pmurphy@tighepatton.com

Counsel for Morrison Management
Specialists, Inc.


/s/Ronald C. Jessamy, Sr.
Ronald C. Jessamy, Sr. (Bar No. 192898)
Law Office of Ronald C. Jessamy, PLLC
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
Telephone 202-434-8358
rjessamy@jessamylaw.com

Counsel for Greater Southeast Community
Hospital Corporation I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,

       Plaintiff,

       v.                                                                   Civil Action No. 1:07-cv-00575-JR

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,

       Defendant.
_____

**SCHEDULING ORDER**

Upon review of the Parties' Joint Report pursuant to Local Civil Rule 16(d), it is this ___ day of May 2007 hereby ORDERED

That Plaintiff will file its Motion for Summary Judgment on May 14, 2007, and that Defendant will file its Opposition to Motion for Summary Judgment on or before June 1, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE