UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,
5801 Peachtree Dunwoody Road,
Atlanta, GA  30342

        Plaintiff,

                                        Civil Action No.:  1:07-CV-00575-JR

        v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
1310 Southern Ave., SE
Washington, D.C.  20032

        Defendant.
_____

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    Plaintiff Morrison Management Specialists, Inc., by and through undersigned counsel,

hereby moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to grant

summary judgment in favor of Plaintiff Morrison Management Specialists, Inc. and against

Defendant Greater Southeast Community Hospital and to enter a final judgment awarding

Plaintiff Morrison Management Specialists, Inc. $732,512.87 for compensatory damages,

together with attorneys' fees in the amount of $12,642.50, and interest in the amount of

$86,423.47, as of April 30, 2007, which has continued to accrue and will continue to accrue at

the rate of 1.5% per month until the judgment amount is paid.  In support of this motion, Plaintiff

states as follows:

    1.      Summary judgment is appropriate in this instance because there is no genuine

issue as to any material fact that is necessary for Plaintiff to prove its claim for breach of contract

and Plaintiff is entitled to judgment as a matter of law.

2.      In its Answer, Defendant has admitted that Plaintiff and Defendant did enter into the agreement at issue, that the agreement was valid and binding, and has admitted to the existence and effect of all relevant terms of the agreement.  In its Answer, Defendant has further admitted that Plaintiff performed all of its obligations and duties under the agreement.  Finally, Defendant has admitted that the failure to pay the invoiced amounts called for under the agreement at issue when those amounts were due and owing constituted a breach of the agreement.

3.      Plaintiff has presented indisputable evidence that Defendant did, in fact, fail to pay on fifteen separate invoices when due, dating back to June of 2006 and, by Defendant's own admission, this constitutes a breach of the agreement.

4.      Plaintiff has also presented indisputable evidence that, as a result of Defendant's breach, Plaintiff has suffered damages in the amount of $732,512.87, which consists of the amount that remains due and owing on the unpaid invoices.

5.      As admitted by Defendant, Plaintiff is entitled to interest on the unpaid invoice amounts at the contractual rate of 1.5% per month, calculated from the date that the amounts became due and owning until the payment is finally made.  Plaintiff has presented indisputable evidence that, as of April 30, 2007, interest had accrued on the unpaid invoice amounts in the amount of $86,423.47, which has continued to accrue and will continue to accrue at the rate of 1.5% per month until the judgment amount is paid.

6.      As further admitted by Defendant, Plaintiff is also entitled to its reasonable costs incurred in collecting the amounts owed from Defendant, specifically including attorneys' fees. Plaintiff has presented indisputable evidence that, as of May 14, 2007, Plaintiff has incurred $12,642.50 in attorneys' fees for both its attempts to collect this debt prior to filing this action

and its attempts to collect the debt through this action and that it will continue to incur attorneys' fees and costs through the process of litigation.

7.     Therefore, there is no genuine issue of material fact as to Defendant's liability for breach of the agreement nor is there a genuine issue of material fact as to Plaintiff's damages suffered as a result thereof and Plaintiff is entitled to judgment as a matter of law.

8.     In further support of its motion, Plaintiff hereby incorporates by this reference its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment and its Statement of Material Facts as to Which There is No Genuine Issue, filed contemporaneously herewith.

WHEREFORE Plaintiff Morrison Management Specialists, Inc. hereby moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to grant summary judgment in favor of Plaintiff Morrison Management Specialists, Inc. and against Defendant Greater Southeast Community Hospital and to enter a final judgment awarding Plaintiff Morrison Management Specialists, Inc. $732,512.87 for compensatory damages, together with attorneys' fees in the amount of $12,642.50, and interest in the amount of $86,423.47, as of April 30, 2007, which has continued to accrue and will continue to accrue at the rate of 1.5% per month until the judgment amount is paid.

MORRISON MANAGEMENT
SPECIALISTS, INC.

By Counsel

  /s/ Paul N. Murphy_____
Paul N. Murphy (D.C. Bar No. 186577)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006-4604
Telephone 202-454-2847
Facsimile 202-454-2805
pmurphy@tighepatton.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,
5801 Peachtree Dunwoody Road,
Atlanta, GA  30342

            Plaintiff,

                                      Civil Action No.:  1:07-CV-00575-JR

        v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
1310 Southern Ave., SE
Washington, D.C.  20032

            Defendant.
_____

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 7(h), plaintiff Morrison Management Specialists, Inc. submits the following statement of facts as to which there is no genuine issue in conjunction with its Motion for Summary Judgment:

### THE PARTIES

9. Plaintiff Morrison Management Specialists, Inc. ("Morrison Management") is a Georgia corporation, in good standing, with its principal place of business in Atlanta, Georgia. Amended Complaint, ¶ 1; Answer to Complaint, ¶ 1.

10. Defendant Greater Southeast Community Hospital Corporation I ("Greater Southeast") is a Delaware corporation with its principal place of business in the District of Columbia.  Amended Complaint, ¶ 2; Answer to Complaint, ¶ 2.

11. Morrison Management is in the business of managing food and food service

operations for its clients in exchange for a fee.  Amended Complaint, ¶ 5; Answer to Complaint, ¶ 5.

12.    Greater Southeast is a hospital that provides medical and surgical services to the general public.  Amended Complaint, ¶ 6; Answer to Complaint, ¶ 6.

## THE AGREEMENT

13.    Morrison Management and Greater Southeast entered into a Confidential and Proprietary Agreement with an effective date of March 8, 2005 (the "Agreement").  Amended Complaint, ¶ 7; Answer to Complaint, ¶ 7.

14.    Under the terms of the Agreement, Morrison Management agreed to provide food, nutrition, vending, management personnel and other food services programs to Greater Southeast (the "Services").  Amended Complaint, ¶ 8; Answer to Complaint, ¶ 8.

15.    Under the terms of the Agreement, Morrison Management agreed to submit invoices to Greater Southeast twice per month evidencing the amounts owed by Greater Southeast to Morrison Management for the Services.  Amended Complaint, ¶ 9; Answer to Complaint, ¶ 9.

16.    Under the terms of the Agreement, in exchange for the Services, Greater Southeast agreed to pay Morrison Management the invoiced amount within fourteen days of the submission of the invoice and agreed that failure to pay these amounts within thirty days would constitute a breach of the Agreement warranting termination of the Agreement.  Amended Complaint, ¶ 10; Answer to Complaint, ¶ 10.

17.    Under the terms of the Agreement, Greater Southeast further agreed that any sums that were not paid within fourteen days of the submission of the invoice would bear interest at the lesser of one and one-half (1 ½ %) per month or the highest rate permitted under applicable law, accruing from the date of billing to the date of payment.  Amended Complaint, ¶ 11;

Answer to Complaint, ¶ 11.

18.    Under the terms of the Agreement, Greater Southeast further agreed to pay to Morrison Management all costs and expenses incurred by Morrison Management in connection with the enforcement of the Agreement, including attorneys' fees.  Amended Complaint, ¶ 13; Answer to Complaint, ¶ 13.

**GREATER SOUTHEAST'S BREACH OF THE AGREEMENT AND DAMAGES**

19.    In accordance with the Agreement, Morrison Management provided food, food services, vending services, management personnel and other food services programs to the Greater Southeast and otherwise fulfilled all of its obligations and duties under the Agreement. Amended Complaint, ¶ 14; Answer to Complaint, ¶ 14.

20.    Between June 1, 2006 and March 9, 2006, Morrison Management submitted invoices twice monthly to Greater Southeast reflecting the charges for the services provided to Greater Southeast by Morrison Management that totaled $823,570.18.  Affidavit of Jerry G. Carpenter, Exhibits A and B.

21.    Greater Southeast made a payment of $5,462.77 for invoice 92032006061601, reflecting the charge for services provided by Morrison Management between June 1, 2006 and June 15, 2006, leaving a total due for that invoice in the amount of $38,503.36.  Affidavit of Jerry G. Carpenter, ¶ 6, Exhibits A and B.

22.    Greater Southeast made a payment of $40,000.00 for invoice 92032006070301, reflecting the charge for services provided by Morrison Management between June 16, 2006 and June 30, 2006, leaving a total due for that invoice in the amount of $11,073.52.  Affidavit of Jerry G. Carpenter, ¶ 7, Exhibits A and B.

23.    Greater Southeast made an additional payment of $45,594.54 to Morrison Management that was applied toward the total due from Greater Southeast to Morrison

Management.  Affidavit of Jerry G. Carpenter, ¶ 9, Exhibit A.

24.     Greater Southeast did not and has not made payments on any of the other thirteen invoices submitted by Morrison Management to Greater Southeast for the services provided between June 1, 2006 and March 9, 2007.  Affidavit of Jerry G. Carpenter, ¶ 8, Exhibits A and B.

25.     Subtracting the payments made by Greater Southeast, the total, principal amount that remains unpaid on those invoices submitted to Greater Southeast by Morrison Management for the services provided by Morrison Management to Greater Southeast for the period between June 1, 2006 and March 9, 2007 is $732,512.87.  Affidavit of Jerry G. Carpenter, ¶ 10, Exhibit A.

26.     On March 2, 2007, Morrison Management provided Greater Southeast with seven days notice that it intended to terminate the Agreement on March 9, 2007, based on Greater Southeast's failure to pay amounts due within thirty days from the date of Morrison Management's billing.  On March 9, 2007, the Agreement was terminated.  Amended Complaint, ¶ 18; Answer to Complaint, ¶ 18.

27.     On March 14, 2007, Morrison Management sent a letter to Greater Southeast demanding payment of the total amount owed.  Amended Complaint, ¶ 19; Answer to Complaint, ¶ 19.

28.     Despite the written demand, Greater Southeast has failed and refused and continues to fail and refuse to pay the amounts that it owed to Morrison Management.  Affidavit of Jerry Carpenter, Exhibit A.

29.     Interest continues to accrue on the unpaid amounts at the rate agreed to under the Agreement.  Amended Complaint, ¶ 21; Answer to Complaint, ¶ 21.

30.     As of April 30, 2007, interest had accrued on the unpaid invoice amounts in the

total amount of $86,423.47.  Affidavit of Jerry G. Carpenter, ¶¶ 13-15; Exhibit C.

31.    Interest has continued to accrue since April 30, 2007 at the contractual rate of 1.5% per month and will continue to accrue at the contractual rate of 1.5% per month until payment on the unpaid invoice amounts is made in full.  Affidavit of Jerry G. Carpenter, ¶ 16.

32.    As of May 14, 2007, Morrison Management has been billed $9,152.00 for attorneys' fees in conjunction with its attempts to collect the amounts owed by Greater Southeast to Morrison Management.  Affidavit of Jonathan D. Valentino, ¶ 6.

33.    The attorneys' fees that have accrued up to the present date have included work done by Morrison Management's attorneys to attempt to collect the debt prior to filing suit and work done by Morison Management's attorneys to attempt to collect the debt through the filing and pursuit of judgment in this lawsuit.  Affidavit of Jerry G. Carpenter, ¶ 18; Affidavit of Jonathan D. Valentino, ¶¶ 4-5.

34.    Morrison Management has paid all of the bills submitted by its attorneys' to date and expects to incur additional attorneys' fees for work done in conjunction with this lawsuit, including but not limited to the preparation of Morrison Management's motion for summary judgment, that have not yet been submitted to Morrison Management in bill form.  Affidavit of Jerry G. Carpenter, ¶ 19.

35.    The additional incurred attorneys' fees that have not yet been submitted to Morrison Management in bill form for the additional work described above totals $3,490.50. Affidavit of Jonathan D. Valentino, ¶ 7.  To date, the total amount of attorneys' fees incurred by Morrison Management in conjunction with its attempts to collect the amounts owed by Greater Southeast equals $12,642.50.  Affidavit of Jonathan D. Valentino, ¶ 8.  Morrison Management will continue to accrue attorneys' fees in conjunction with its attempts to collect the amounts

owed until this debt is paid or settled.  Affidavit of Jonathan D. Valentino, ¶ 8.


MORRISON MANAGEMENT
SPECIALISTS, INC.

By Counsel

 /s/ Paul N. Murphy_____
Paul N. Murphy (D.C. Bar No. 186577)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006-4604
Telephone 202-454-2847
Facsimile 202-454-2805
pmurphy@tighepatton.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,
5801 Peachtree Dunwoody Road,
Atlanta, GA  30342

       Plaintiff,

                            Civil Action No.:  1:07-CV-00575-JR

       v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
1310 Southern Ave., SE
Washington, D.C.  20032

       Defendant.
_____

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

      This is a simple breach of contract action.  Plaintiff Morrison Management Specialists,

Inc. entered into an agreement with Greater Southeast Community Hospital Corporation I

whereby Morrison Management agreed to provide services to Greater Southeast in exchange for

payment.  Morrison Management provided the services to Greater Southeast.  Greater Southeast

did not pay Morrison Management for the services.

      The facts entitling Morrison Management to summary judgment are not in dispute.

Greater Southeast has admitted all of the necessary facts in its Answer to Morrison

Management's Amended Complaint, except those facts relating to the amounts that remain

unpaid.  Morrison Management has attached evidence of the amounts owed by Greater Southeast

for principle, interest, and attorneys' fees, and the evidence cannot be disputed.

      Morrison Management, therefore, is entitled to summary judgment against Greater

Southeast on Morrison Management's claim for breach of contract and should be awarded $732,512.87 in compensatory damages, together with attorneys' fees in the amount of $12,642.50, and interest in the amount of $86,423.47, as of April 30, 2007, which has continued to accrue and will continue to accrue at the rate of 1.5% per month until the judgment amount is paid.

### MORRISON MANAGEMENT IS ENTITLED TO SUMMARY JUDGMENT

Summary judgment is proper where "the pleadings, depositions, and answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56. Summary judgment is properly regarded not as a disfavored procedural short cut, but rather as an integral part of the Federal Rules as a whole, which are designed to "secure the just, speedy and inexpensive determination of every action." *Celotex Corp. v. Catrett*, 477 U.S. 317, 327 (1986).

There are no genuine issues of material fact for purposes of this action and Morrison Management is entitled to judgment as a matter of law. While Morrison Management's motion for summary judgment is being filed early in this litigation, the admissions of Greater Southeast in its answer to Morrison Management's complaint negate any need for the parties to expend further time and money before bringing this action to judgment.

### GREATER SOUTHEAST BREACHED A VALID AGREEMENT AND CAUSED MORRISON MANAGEMENT TO SUFFER DAMAGES

In order to be successful on its claim for breach of contract, Morrison Management must show: (1) that Morrison Management and Greater Southeast entered into a valid agreement; (2) that Morrison Management performed as required under the contract; (3) that Greater Southeast breached a term of the contract; and (4) that Morrison Management suffered damages as a result

of that breach. *Budget Rent-A-Car v. Webb*, 469 S.E.2d 712, 713-14 (Ga. Ct. App. 1996).[1]

**The existence and terms of the agreement are not in dispute**.

There is no dispute that a valid contract existed between Morrison Management and

Greater Southeast. In its answer to Morrison Management's Amended Complaint, Greater

Southeast admitted the existence and terms of the agreement between Morrison Management and

Greater Southeast. Amended Complaint, ¶¶ 7-13; Answer to Complaint, ¶¶ 7-13.

Morrison Management is in the business of managing food and food service operations

for its clients in exchange for a fee. Amended Complaint, ¶ 5; Answer to Complaint, ¶ 5.

Greater Southeast is a hospital that provides medical and surgical services to the general public.

Amended Complaint, ¶ 6; Answer to Complaint, ¶ 6. Morrison Management and Greater

Southeast entered into a Confidential and Proprietary Agreement with an effective date of March

8, 2005 whereby Morrison Management agreed to provide food, nutrition, vending, management

personnel and other food services programs to Greater Southeast in exchange for payment from

Greater Southeast (the "Agreement"). Amended Complaint, ¶¶ 7-10; Answer to Complaint,

¶¶ 7-10.

With regard to payment, under the terms of the Agreement, Morrison Management

agreed to submit invoices to Greater Southeast twice per month evidencing the amounts owed by

Greater Southeast to Morrison Management for the Services and Greater Southeast agreed to pay

Morrison Management the invoiced amounts within fourteen days of the invoices being

submitted. Amended Complaint, ¶¶ 9-10; Answer to Complaint, ¶¶ 9-10. Greater Southeast

further agreed that any sums that were not paid within fourteen days of the submission of the

---

[1] Section 9.5 of the Agreement states that the Agreement will be governed by and construed in

accordance with the laws of the State of Georgia.

invoice would bear interest at the lesser of one and one-half percent per month or the highest rate permitted under applicable law, accruing from the date of billing to the date of payment. Amended Complaint, ¶11; Answer to Complaint, ¶ 11. Greater Southeast also agreed to pay to Morrison Management all costs and expenses incurred by Morrison Management in connection with the enforcement of the Agreement, including attorneys' fees. Amended Complaint, ¶ 13; Answer to Complaint, ¶ 13.

Because the existence of the Agreement and the terms stated above have all been specifically admitted by Greater Southeast in its answer to the complaint of Morrison Management, these facts are not and cannot be disputed and Morrison Management is entitled to summary judgment as to the existence of a valid, binding agreement between Greater Southeast and Morrison Management and the existence of those terms stated above.

**Morrison Management performed as required under the contract**.

Morrison Management's proper performance under the Agreement has also been admitted by Greater Southeast and is, therefore, not in dispute. In accordance with the Agreement, Morrison Management provided the required food, food services, vending services, management personnel and other food services programs to Greater Southeast. Amended Complaint, ¶ 14; Answer to Complaint, ¶ 14. Moreover, Morrison Management fulfilled all other obligations and duties that it had under the Agreement, which includes the submission of invoices to Greater Southeast reflecting the charges incurred for Morrison Management's services. Amended Complaint, ¶ 14; Answer to Complaint, ¶ 14.

It is undisputed, therefore, that Morrison Management fulfilled all of its obligations under the Agreement, including submitting invoices for payment, and that Morrison Management is entitled to enforce the Agreement against Greater Southeast.

**Greater Southeast breached the terms of the Agreement**.

As stated above, Greater Southeast has admitted that it agreed to pay Morrison

Management the invoiced amounts within fourteen days of the invoices being submitted.

Amended Complaint, ¶ 10; Answer to Complaint, ¶ 10. Greater Southeast has further admitted

that failure to pay these amounts within thirty days of the invoice being submitted would

constitute a breach of the Agreement. Amended Complaint, ¶ 10, Answer to Complaint, ¶ 10.

It cannot be disputed that Greater Southeast breached the Agreement by failing to make

timely payment on the invoices properly submitted by Morrison Management. Between June,

2006 and May 9, 2007, Morrison Management submitted invoices to Greater Southeast reflecting

the charges for the services provided to Greater Southeast by Morrison Management that totaled

$823,570.18. Affidavit of Jerry G. Carpenter, Exhibits A and B. Greater Southeast made a

payment of $5,462.77 for invoice 92032006061601, reflecting the charge for services provided

by Morrison Management between June 1, 2006 and June 15, 2006, leaving a total due for that

invoice in the amount of $38,503.36. Affidavit of Jerry G. Carpenter, ¶ 6, Exhibits A and B.

Greater Southeast also made a payment of $40,000.00 for invoice 92032006070301, reflecting

the charge for services provided by Morrison Management between June 16, 2006 and June 30,

2006, leaving a total due for that invoice in the amount of $11,073.52. Affidavit of Jerry G.

Carpenter, ¶ 7, Exhibits A and B. Finally, Greater Southeast made an additional payment of

$45,594.54 to Morrison Management that was applied toward the total due from Greater

Southeast to Morrison Management. Affidavit of Jerry G. Carpenter, ¶ 9, Exhibit A.

Other than those three payments, Greater Southeast did not and has not made any

payments on any of the fifteen invoices submitted by Morrison management to Greater Southeast

for the services provided between June 1, 2006 and March 9, 2007. Affidavit of Jerry G.

Carpenter, ¶ 8, Exhibits A and B. The date that those invoices became due and payable range from March 14, 2007, approximately sixty days ago, to June 30, 2006, approximately ten months ago. Affidavit of Jerry G. Carpenter, Exhibit A. These due dates are all well beyond the thirty day window granted by the Agreement before Greater Southeast would be considered in breach.

Moreover, on March 2, 2007, Morrison Management provided Greater Southeast with seven days notice that it intended to terminate the Agreement based on Greater Southeast's breach and, on March 14, 2007, after the Agreement was terminated, sent another letter to Greater Southeast demanding payment of the total amount owed. Amended Complaint, ¶¶ 18-19; Answer to Complaint, ¶¶ 18-19. In both cases, Greater Southeast failed to make any payments to cure the breach or to make payment on the amounts owed.

Having specifically admitted in its Answer that failure to pay the invoiced amounts within thirty days of the invoice being submitted would constitute a breach of the Agreement, Greater Southeast cannot deny that it breached the Agreement in light of the indisputable evidence that Greater Southeast did, in fact, fail to pay fifteen separate invoices within thirty days of the invoices being submitted. Amended Complaint, ¶ 10; Answer to Complaint, ¶ 10; *Budget Rent-A-Car*, 469 S.E.2d at 713-14.

**Morrison Management was damaged as a result of the breach**.

A party is entitled to breach of contract damages that would place him in the position of the contract having been fulfilled and thus make the party whole. *Charter Drywall Atlanta, Inc. v. Discovery Tech., Inc.*, 610 S.E.2d 147, 150 (Ga. Ct. App. 2005). As admitted by the defendant, Greater Southeast agreed to pay Morrison Management amounts submitted by Morrison Management by invoice, as calculated under the terms of the Agreement. Amended Complaint, ¶ 10; Answer to Complaint, ¶ 10. Morrison Management submitted invoices to

-6-

Greater Southeast reflecting charges for the services provided to Greater Southeast by Morrison Management in the total amount of $823,570.  Affidavit of Jerry G. Carpenter, Exhibits A and B. Of that $823,570.18 total, Greater Southeast paid Morrison Management only $91,057.31. Affidavit of Jerry G. Carpenter, ¶¶ 6-9, Exhibits A and B.  Therefore, because of Greater Southeast's breach of the Agreement by failing to make payments on the invoices, Morrison Management was damaged in the amount of $732,512.87 and should indisputably be awarded that amount as compensatory damages in order to be made whole.

Furthermore, as specifically admitted by Greater Southeast, Morrison Management, pursuant to the terms of the Agreement, is entitled to interest on any sums that were not paid within fourteen days of the submission of the invoice at the rate of 1.5% per moth, accruing from the date of billing to the date of payment.  The undisputed evidence shows that, as of April 30, 2007, interest had accrued on the unpaid invoice amounts in the total amount of $86,423.47. Affidavit of Jerry G. Carpenter, ¶¶ 13-15; Exhibit C.  Moreover, interest has continued to accrue since April 30, 2007 at the contractual rate of 1.5% per month and will continue to accrue at the contractual rate of 1.5% per month until payment on the unpaid invoice amounts is made in full. Affidavit of Jerry G. Carpenter, ¶ 16.  Morrison Management, pursuant to the terms of the Agreement and the admission of Greater Southeast, is indisputably entitled to an award of $86,423.47 for interest accrued up to and including April 30, 2007 and an award of whatever additional interest amounts accrue at the rate of 1.5% per month between now and the date of payment.

Finally, Greater Southeast has specifically admitted that Morrison Management is entitled by the Agreement to all costs and expenses incurred by Morrison Management in connection with the enforcement of the Agreement, including attorneys' fees.  Amended

Complaint, ¶ 13; Answer to Complaint, ¶ 13.  Attorneys' fees are properly awarded when they are specifically called for under the contract.  *Sylar v. Hodges*, 550 S.E.2d 438, 439 (Ga. Ct. App. 2001).  Itemized bills setting out the basis for the charges, the hours spent for each task and the rate for the attorney is sufficient to establish the reasonableness of the attorneys' fees. *Carpet Transport, Inc. v. Kenneth Poley Interiors, Inc.*, 466 S.E.2d 70, 73 (Ga. Ct. App. 1995).

In the case at hand, as of May 14, 2007, Morrison Management has been billed for $9,152.00 for the work done by its attorneys in attempting to collect the amounts owed by Greater Southeast to Morrison Management under the Agreement.  Affidavit of Jonathan D. Valentino, ¶ 6.  The attorneys' fees that have accrued up to the present date have included work done by Morrison Management's attorneys to attempt to collect the debt prior to filing suit and work done by Morrison Management's attorneys to attempt to collect the debt through the filing and pursuit of judgment in this lawsuit.  Affidavit of Jerry G. Carpenter, ¶ 18; Affidavit of Jonathan D. Valentino, ¶¶ 4-5.  Morrison Management has paid all of the bills submitted by its attorneys' to date and expects to incur additional attorneys' fees for work done in conjunction with this lawsuit, including but not limited to the preparation of Morrison Management's motion for summary judgment, that have not yet been submitted to Morrison Management in bill form. Affidavit of Jerry G. Carpenter, ¶ 19.  Morrison Management has, in fact, incurred additional attorneys' fees for this work that has not yet been submitted to Morrison Management in bill form in the amount of $3,490.50.  Affidavit of Jonathan D. Valentino, ¶ 7.  Therefore, to date, the total amount of attorneys' fees incurred by Morrison Management in conjunction with its attempts to collect the amounts owed by Greater Southeast to Morrison Management under the Agreement equals $12,642.50.  Affidavit of Jonathan D. Valentino, ¶ 8.  An itemized statement showing the rate for each of Morrison Management's attorneys, the particular tasks being

worked on, and the time spent on each task is attached to the Affidavit of Jonathan D. Valentino. Morrison Management is, therefore, indisputably entitled to an award of $12,642.50 for those fees incurred up to and including May 14, 2007 and those additional amounts that Morrison Management will incur in brining this action to judgment.

## CONCLUSION

For those reasons set out above, Morrison Management Specialists, Inc. is entitled to the entry of summary judgment in its favor and against Greater Southeast Community Hospital and should be awarded the sum of $732,512.87 for compensatory damages, together with attorneys' fees in the amount of $12,642.50, and interest in the amount of $86,423.47, as of April 30, 2007, which has continued to accrue and will continue to accrue at the rate of 1.5% per month until the judgment amount is paid.


MORRISON MANAGEMENT
SPECIALISTS, INC.

By Counsel

_/s/ Paul N. Murphy_____
Paul N. Murphy (D.C. Bar No. 186577)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006-4604
Telephone 202-454-2847
Facsimile 202-454-2805
pmurphy@tighepatton.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRISON MANAGEMENT
SPECIALISTS, INC.,
5801 Peachtree Dunwoody Road,
Atlanta, GA  30342

       Plaintiff,

                          Civil Action No.: 1:07-CV-00575-JR

       v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
1310 Southern Ave., SE
Washington, D.C.  20032

       Defendant.

## AFFIDAVIT OF JERRY G. CARPENTER

Jerry G. Carpenter being duly sworn upon his oath, states as follows:

My name is Jerry G. Carpenter. I am an adult individual. I have personal knowledge of all the statements set forth herein and am competent to testify with respect to all such statements.

1.     I am the Director of Credit and Cash Management for Morrison Management Specialists, Inc. ("Morrison Management"). As the Director of Credit and Cash Management, I am ultimately responsible for those records relating to the invoicing of clients. I am also ultimately responsible for tracking the payments made on those invoices.

2.     Attached as Exhibit A is a true and correct copy of the Detail Aged Trial Balance for Morrison Management's account for Greater Southeast Community Hospital ("Greater Southeast"). This record is produced and maintained by Morrison Management Specialists, Inc. in the normal course of its business.

3.     In Exhibit A, the entries that begin with "16 9" relate to invoices that were

submitted to the client. The "Invoice Number" entries that begin with "16FC" relate to finance charge notices reflecting the accrued interest, as of that date, on any invoices that had not been paid within fourteen days as required by the agreement between Morrison Management Specialists, Inc. and Greater Southeast Community Hospital (the "Agreement").

4.    Attached as Exhibit B are true and correct copies of the actual invoices submitted to Greater Southeast for payment by Morrison Management. These records are produced and maintained by Morrison Management Specialists, Inc. in the normal course of its business.

5.    The invoices attached as Exhibit B are those that were submitted to Greater Southeast for those services provided between June 1, 2006 and March 9, 2007. As required by the Agreement, between June 1, 2006 and March 9, 2007, Morrison Management submitted invoices twice monthly reflecting the amounts owed for services for the previous half month.

6.    Invoice 92032006061601, constituting the first page of Exhibit B, evidences a total due from Greater Southeast for the services provided between June 1, 2006 and June 15, 2006 in the amount of $43,966.13. The first entry in Exhibit A, for the same invoice, evidences a total due from Greater Southeast for the services provided between June 1, 2006 and June 15, 2006 in the amount of $38,503.36. The difference between these two numbers reflects a partial payment made by Greater Southeast in the amount of $5,462.77 for that invoice.

7.    Invoice 92032006070301, constituting the second page of Exhibit B, evidences a total due from Greater Southeast for the services provided between June 16, 2006 and June 30, 2006 in the amount of $51,073.52. The second entry in Exhibit A, for the same invoice, evidences a total due from Greater Southeast for the services provided between June 16, 2006 and June 30, 2006 in the amount of $11,073.52. The difference between these two numbers reflects a partial payment made by Greater Southeast in the amount of $40,000.00 for that

invoice.

8.      The statement of the amounts owed for the remaining, thirteen invoice entries in Exhibit A correspond exactly with the stated amounts owed in remaining, thirteen invoices attached as Exhibit B, evidencing that no payments were made on those remaining thirteen invoices.

9.      The entry in Exhibit A, invoiced as "client deposit" in the amount of -45,594.54, evidences a payment made by Greater Southeast on the account, which was applied to the total amount owed.

10.     The total, principal amount that remains unpaid on those invoices submitted to Greater Southeast by Morrison Management for the services provided by Morrison Management to Greater Southeast for the period between June 1, 2006 and March 9, 2007, as evidenced by the invoice figures contained in Exhibit A, is $732,512.87.

11.     Attached as Exhibit C are true and correct copies of finance charge notices. These records are produced and maintained by Morrison Management Specialists, Inc. in the normal course of its business.

12.     Pursuant to the Agreement, any amounts not paid on an invoice within fourteen days of an invoice being submitted would accrue interest at the rate of 1.5% per month or 18% per year.

13.     The finance charge notices attached as Exhibit C evidence the calculation of accrued interest at the contractual rate for those invoice amounts that remained unpaid up to the date that the finance charge notice was generated.

14.     The statement of the amounts owed for the twenty-one, finance charge notice entries in Exhibit A correspond exactly with the stated amounts owed in the finance charge

notices attached as Exhibit C, evidencing no payments made by Greater Southeast toward the accrued interest.

15.     Both the finance charge notice entries in Exhibit A and the finance charge notices attached as Exhibit C evidence a total accrued interest on the unpaid invoice amounts in the amount of $86,423.47 as of April 30, 2007.

16.     Interest has continued to accrue since April 30, 2007 at the contractual rate of 1.5% per month and will continue to accrue at the contractual rate of 1.5% per month until payment on the unpaid invoice amounts is made in full.

17.     As the Director of Credit and Cash Management, I have also been primarily responsible for Morrison Management's attempts to collect the debt currently owed by Greater Southeast to Morrison Management.  In this capacity I have been responsible for reviewing and submitting the bills for attorneys' fees for payment by Morrison Management.

18.     The attorneys' fees that have accrued up to the present date have included work done by Morrison Management's attorneys to attempt to collect the debt prior to filing suit and work done by Morrison Management's attorneys to attempt to collect the debt through the filing and pursuit of judgment in this lawsuit.

19.     Morrison Management has paid all of the bills submitted by its attorneys' to date and expects to incur additional attorneys' fees for work done in conjunction with this lawsuit, including but not limited to the preparation of Morrison Management's motion for summary judgment, that have not yet been submitted to Morrison Management in bill form.

FURTHER AFFIANT SAYETH NOT.

_Jerry G. Carpenter_
Jerry G. Carpenter

STATE OF _Alabama_ )
                  ) SS.
COUNTY OF _Mobile_ )

On this ___ day of May, 2007 before me personally appeared Jerry G. Carpenter to me known to be the person described in the above Affidavit and who executed the foregoing Affidavit and acknowledged that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have here unto set my hand and affixed my official seal the day and year last above written.

_Julie D. Holmes_
Notary Public

My Commission Expires: _7/30/2008_



EXHIBIT
A

# Morrison Management Specialists

## Detail Aged Trial Balance

**Greater Southeast Hospital**
as of 3/14/07

| Doc Type | Invoice Number | Inv Date | Due Date | Future Amt Due | Due Within 10 Days | 1-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 92032006061601 | | 6/30/06 | | | | | | 38,503.36 | 38,503.36 |
| 16 | 92032006070301 | 7/3/2006 | 7/17/06 | | | | | | 11,073.52 | 11,073.52 |
| 16 | 92032006071701 | 7/17/2006 | 7/31/06 | | | | | | 43,761.74 | 43,761.74 |
| 16 | 92032006080201 | 8/2/2006 | 8/16/06 | | | | | | 52,031.43 | 52,031.43 |
| 16 | 92032006081601 | 8/16/2006 | 8/30/06 | | | | | | 45,168.92 | 45,168.92 |
| 16 | 92032006090101 | 09/01/2006 | 9/16/06 | | | | | | 45,679.59 | 45,679.59 |
| 16 | 92032006091801 | 09/18/2006 | 10/3/06 | | | | | | 45,809.80 | 45,809.80 |
| 16 | 92032006100201 | 10/02/2006 | 10/17/06 | | | | | | 46,972.40 | 46,972.40 |
| 16 | 92032006101601 | 10/16/2006 | 10/31/06 | | | | | | 41,361.29 | 41,361.29 |
| 16 | 92032006110101 | 11/01/2006 | 11/16/06 | | | | | | 49,736.33 | 49,736.33 |
| 16 | 92032006111601 | 11/16/2006 | 12/1/06 | | | | | | 42,360.19 | 42,360.19 |
| 16 | 92032006120101 | 12/01/2006 | 12/16/06 | | | | | | 44,999.51 | 44,999.51 |
| 16 | 92032006121801 | 12/18/2006 | 1/2/07 | | | | | | 45,151.45 | 45,151.45 |
| 16 | 92032007010201 | 01/02/2007 | 1/17/07 | | | | | | 48,823.68 | 48,823.68 |
| 16 | 92032007011601 | 01/16/2007 | 1/31/07 | | | | | | 44,853.36 | 44,853.36 |
| 16 | 92032007020201 | 02/13/2007 | 2/28/07 | | | | | 45,000.00 | | 45,000.00 |
| 16 | 92032007030101 | 03/01/2007 | 3/16/07 | | | | 41,440.92 | | | 41,440.92 |
| 16 | 92032007030401 | 3/14/2007 | 3/29/07 | | | | 45,379.92 | | | 45,379.92 |
| 16 | client deposit | | | -45,594.54 | | | | | | -45,594.54 |
| 16FC | 016312 | 5/31/2006 | 6/14/2006 | | | | | | 3,623.82 | 3,623.82 |
| 16FC | 016246 | 5/31/2006 | 6/14/2006 | | | | | | 789.05 | 789.05 |
| 16FC | 016449 | 6/30/2006 | 7/14/2006 | | | | | | 512.88 | 512.88 |
| 16FC | 016525 | 6/30/2006 | 7/14/2006 | | | | | | 3,702.84 | 3,702.84 |
| 16FC | 016655 | 7/31/2006 | 8/14/2006 | | | | | | 369.86 | 369.86 |
| 16FC | 016732 | 7/31/2006 | 8/14/2006 | | | | | | 4,685.02 | 4,685.02 |
| 16FC | 016863 | 08/31/2006 | 09/15/2006 | | | | | | 433.97 | 433.97 |
| 16FC | 016930 | 08/31/2006 | 09/15/2006 | | | | | | 5,553.05 | 5,553.05 |
| 16FC | 017047 | 09/30/2006 | 09/30/2006 | | | | | | 380.19 | 380.19 |
| 16FC | 017116 | 09/30/2006 | 10/15/2006 | | | | | | 5,885.98 | 5,885.98 |
| 16FC | 017471 | 10/31/2006 | 11/15/2006 | | | | | | 6,476.33 | 6,476.33 |
| 16FC | 017289 | 10/31/2006 | 11/15/2006 | | | | | | 281.26 | 281.26 |
| 16FC | 017414 | 11/30/2006 | 11/30/2006 | | | | | | 118.36 | 118.36 |
| 16FC | 017479 | 11/30/2006 | 12/15/2006 | | | | | | 7,164.51 | 7,164.51 |
| 16FC | 017717 | 12/31/2006 | 12/15/2006 | | | | | | 736.85 | 736.85 |
| 16FC | 017639 | 12/31/2006 | 01/15/2007 | | | | | 295.89 | | 295.89 |
| 16FC | 017860 | 01/31/2007 | 01/15/2007 | | | | | 8,740.68 | | 8,740.68 |
| 16FC | 017939 | 01/31/2007 | 02/15/2007 | | | | | | 7,993.42 | 7,993.42 |
| 16FC | 018159 | 02/28/2007 | 02/15/2007 | | | | 6,293.07 | | | 6,293.07 |
| 16FC | 03310 7FC | 3/31/2007 | 4/15/2007 | | | 10,874.71 | | | | 10,874.71 |
| 16FC | 04300 7FC | 4/30/2007 | 5/15/2007 | | 11,511.73 | | | | | 11,511.73 |
| | | | | -45,594.54 | 11,511.73 | 10,874.71 | 93,113.91 | 54,036.57 | 694,993.96 | 818,936.34 |

*JE9203 CC062006 6/20*

*CC062006   4/20*

# Morrison Management Specialists

## GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE

**92032006061601**

**6/16/2006**

| Services | From: 6/1/2006 | To: 6/15/2006 | Attention: Errol Newport |
|---|---|---|---|

| Remit To: | Morrison Management Specialists | Bill To: | Greater Southeast Community Hospital |
|---|---|---|---|
| **Address** | P.O. Box 102289 | **Address** | 1310 Southern Avenue SE |
| **City / State** | Atlanta        GA    30368-2289 | **City / State** | Washington        DC    20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 68,352.00 |
| 40145 | Patient Day Adjustment | | | (2,372.44) |
| 72086 | Client reinbursed labor & fringe | | | (23,884.24) |
| 40048 | Floorstock | | Capped | 410.09 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 96.91 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 508.99 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 87.64 |
| 40130 | Complementary Coffee & tea | | | 627.31 |
| 40147 | Mon-contract Expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | Valley Protein | 40.00 |
| 40147 | Patient Day Guarentee | | Patient Days Credit | (4,313.00) |
| 40147 | Monthly Reconcilation | | Finance Charge | 4,412.87 |
| 73675 | Client Paid expenses | | | 0.00 |
| | | | **Sub Total:** | 43,966.13 |
| | | | **Tax:** | .00 |
| | | | **Total Due:** | 43,966.13 |

**Authorized by:** _____    **Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  1.5  % per month.*

**Thank you for choosing Morrison**
*Visit our Website: www.IamMorrison.com*

**EXHIBIT**

**B**

*JUNE AR 9203*
*CCOTOWOWA*   *6/30*



# Morrison Management Specialists

## INVOICE

GREATER SOUTHEAST COMMUNITY HOSPITAL

**9203200607030 1**
**7/3/2006**

| Services | From: | 6/16/2006 | To: | 6/30/2006 | Attention: | Errol Newport | | |
|---|---|---|---|---|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | | | | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE | | |
| City / State | Atlanta | | GA | 30368-2289 | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 68,352.00 |
| 40145 | Patient Day Adjustment | | | (1,838.90) |
| 72086 | Client Reimbursed Labor & Fringe | | | (24,332.13) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 746.74 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 157.78 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complemengtary Coffee & Tea | | | 597.92 |
| 40130 | Birthday meals | | | 93.83 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 1,067.77 |
| 40147 | Non - Contract expense | | Valley Protein Grease Removal | 40.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance Dish Machine Repairs | 4,492.51 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| | | | **Sub Total:** | 51,073.52 |
| | | | **Tax:** | .00 |
| | | | **Total Due:** | 51,073.52 |

**Authorized by:** _____   **Received on:** _____

*Payment is due within* **14** *days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of* **1.5** *% per month.*

*Thank you for choosing Morrison*
Visit our Website: www.IamMorrison.com

*JE9203CC072006 7/17*
*CC071706A 7/17*

# Morrison Management Specialists

## GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE
**92032006071701**
**7/17/2006**

| Services | From: 7/1/2006 | To: 7/15/2006 | Attention: Michael Grant | |
|---|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE |
| City / State | Atlanta | GA  30388-2289 | City / State | Washington   DC  20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 68,352.00 |
| 40145 | Patient Day Adjustment | | | (1,911.42) |
| 72086 | Client reimbursed labor & fringe | | | (23,646.29) |
| 40048 | Floorstock | | Capped | 0.00 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 89.92 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 0.00 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 124.32 |
| 40130 | Complementary Coffee & tea | | | 614.75 |
| 40147 | Mon-contract Expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance | 0.00 |
| 40147 | Non-Contract Expenses | | Mother Goose Helium | 138.46 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| 73675 | Client Paid expenses | | | 0.00 |
| | | | **Sub Total:** | 43,761.74 |
| | | | **Tax:** | .00 |
| | | | **Total Due:** | 43,761.74 |

**Authorized by:** _____

**Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of   1.5   % per month.*

***Thank you for choosing Morrison***
Visit our Website: www.IamMorrison.com

JE9203CC080206 7/31
CC080206 3 7/31



# Morrison Management Specialists

GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE
**92032006080201**

**8/2/2006**

| Services: | From: 7/16/2006 To: 8/31/2006 | | Attention: Michael Grant | | |
|---|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | Bill To: | Greater Southeast Community Hospital | |
| Address | P.O. Box 102289 | | Address | 1310 Southern Avenue SE | |
| City / State | Atlanta | GA   30368-2289 | City / State | Washington | DC   20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 72,908.80 |
| 40145 | Patient Day Adjustment | | | (2,160.06) |
| 72086 | Client Reimbursed Labor & Fringe | | | (25,537.71) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 1,122.77 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 235.77 |
| 40048 | Supplement | | Capped | 473.69 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complemengtary Coffee & Tea | | | 718.85 |
| 40130 | Birthday meats | | | 225.04 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 748.28 |
| 40147 | Non - Contract expense | | Yogurt Equipment Lease | 0.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance Potomac Exhaust Cleaning of | 1,600.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |

| | Sub Total: | 52,031.43 |
|---|---|---|
| | Tax: | .00 |
| | Total Due: | 52,031.43 |

**Authorized by:** _____    **Received on:**

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of   1.5   % per month.*

92032006080201
Page:  **1**  of  **1**

*Thank you for choosing Morrison*
Visit our Website: www.IamMorrison.com

*JE9203CC083106  8/16*
*CC083106  8/16*

# Morrison Management Specialists

**MORRISON** GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE

**92032006081601**

**8/16/2006**

| Services | From: | 8/1/2006 | To: | 8/15/2006 | | Attention: | Michael Grant | | |
|---|---|---|---|---|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | | | | Bill To: | Greater Southeast Community Hospital | | |
| Address | P.O. Box 102289 | | | | | Address | 1310 Southern Avenue SE | | |
| City / State | Atlanta | | GA | 30368-2289 | | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 68,352.00 |
| 40145 | Patient Day Adjustment | | | (1,849.26) |
| 72088 | Client reinbursed labor & fringe | | | (24,028.72) |
| 40048 | Floorstock | | Capped | 650.63 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 79.87 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 481.39 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 101.24 |
| 40130 | Complementary Coffee & tea | | | 709.02 |
| 40147 | Mon-contract Expenses | | Aladdin Lease/Dome Lids | 470.40 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance | 0.00 |
| 40147 | Non-Contract Expenses | | Mother Goose Helium | 202.35 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| 73675 | Client Paid expenses | | | 0.00 |

|  | | |
|---|---|---|
| **Sub Total:** | 45,168.92 |
| **Tax:** | .00 |
| **Total Due:** | 45,168.92 |

**Authorized by:** _____  **Received on:** _____

*Payment is due within  **14**  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  **1.5**  % per month.*

**92032006081601**
**Page:  1  of  1**

*Thank you for choosing Morrison*
*Visit our Website: www.IamMorrison.com*

JC9203CC090606 8/31
CC090606 8/31



# Morrison Management Specialists

GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE

**92032006090101**

**9/1/2006**

| Services | From: 8/16/2006 | To: 8/31/2006 | | Attention: | Michael Grant | | |
|---|---|---|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | | Bill To: | Greater Southeast Community Hospital | | |
| Address | P.O. Box 102289 | | | Address | 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA | 30368-2289 | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 68,067.84 |
| 40145 | Patient Day Adjustment | | | (2,310.98) |
| 72086 | Client Reimbursed Labor & Fringe | | | (26,547.77) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 801.55 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 154.84 |
| 40048 | Supplement | | Capped | 2,739.70 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complementary Coffee & Tea | | | 719.66 |
| 40130 | Birthday meals | | | 39.40 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 19.35 |
| 40147 | Non - Contract expense | | POS Cash Register Service Contract | 300.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance | 0.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconciliation | | | 0.00 |
| | | | Sub Total: | 45,679.59 |
| | | | Tax: | .00 |
| | | | Total Due: | 45,679.59 |

**Authorized by:** _____     **Received on:** _____

*Payment is due within* **14** *days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of* **1.5** *% per month.*

92032006090101
Page:  **1**  *of*  **1**

*Thank you for choosing Morrison*
*Visit our Website: www.IamMorrison.com*

JE9203CCC92206 9/18



# Morrison Management Specialists

## INVOICE

GREATER SOUTHEAST COMMUNITY HOSPITAL

92032006091801

9/18/2006

| Services | From: 9/1/2006 | To: 9/15/2006 | | Attention: Michael Grant | | | |
|---|---|---|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | | Bill To: | Greater Southeast Community Hospital | | |
| Address | P.O. Box 102289 | | | Address | 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA | 30368-2289 | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | 2,002.84 |
| 72086 | Client reinbursed labor & fringe | | | (24,381.99) |
| 40048 | Floorstock | | Capped | 159.38 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 0.00 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 1,084.06 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 133.07 |
| 40130 | Complementary Coffee & tea | | | 802.84 |
| 40147 | Non-contract Expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance | 0.00 |
| 40147 | Non-Contract Expenses | | Yogurt machine Lease | 0.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| 73675 | Client Paid expenses | | | 0.00 |

| | |
|---|---|
| Sub Total: | 45,809.80 |
| Tax: | .00 |
| Total Due: | 45,809.80 |

**Authorized by:** _____    **Received on:** _____

*Payment is due within **14** days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of **1.5** % per month.*

92032006091801
Page: **1** of **1**

*Thank you for choosing Morrison*
Visit our Website: www.IamMorrison.com

JE9203CE100406   9/30
CC100406 9/30

# Morrison Management Specialists

## INVOICE

GREATER SOUTHEAST COMMUNITY HOSPITAL

**92032006100201**

**10/2/2006**

| Services | From: 9/16/2006   To: 9/30/2006 | | Attention: | Michael Grant | | |
|---|---|---|---|---|---|---|
| **Remit To:** | Morrison Management Specialists | | **Bill To:** | Greater Southeast Community Hospital | | |
| **Address** | P.O. Box 102289 | | **Address** | 1310 Southern Avenue SE | | |
| **City / State** | Atlanta | GA   30368-2289 | **City / State** | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | (2,080.12) |
| 72086 | Client Reimbursed Labor & Fringe | | | (22,172.51) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 825.39 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 76.68 |
| 40048 | Supplement | | Capped | 1,114.69 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complemengtary Coffee & Tea | | | 680.17 |
| 40130 | Birthday meals | | | 171.05 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 611.45 |
| 40147 | Non - Contract expense | | Valley Protein Grease Removal | 40.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance | 0.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| | | | **Sub Total:** | 46,972.40 |
| | | | **Tax:** | .00 |
| | | | **Total Due:** | 46,972.40 |

**Authorized by:** _____   **Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of   1.5   % per month.*

**92032006100201**
Page:   1  of  1

***Thank you for choosing Morrison***
*Visit our Website: www.IamMorrison.com*

*9203 CC 10 2006    10/16/06*
*CC 10 2006    10/16*



# Morrison Management Specialists

GREATER SOUTHEAST COMMUNITY HOSPITAL

## INVOICE
### 9203200610 1601
### 10/16/2006

| Services | From: | 10/1/2006 | To: | 10/15/2006 | Attention: | Michael Grant | | |
|---|---|---|---|---|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | | | | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA | 30368-2289 | | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | (805.00) |
| 72086 | Client reinbursed labor & fringe | | | (22,525.77) |
| 40048 | Floorstock | | Capped | 82.52 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 57.88 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 346.24 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 0.00 |
| 40130 | Complementary Coffee & tea | | | 0.00 |
| 40147 | Mon-contract Expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance | 0.00 |
| 40147 | Non-Contract Expenses | | Mother Goose Balloon and Helium | 198.66 |
| 40147 | Monthly Reconcilation | | Incorrect charge adjustment for Patient Day Adjust | (2,002.84) |
| 73675 | Client Paid expenses | | | 0.00 |
| | | | Sub Total: | 41,361.29 |
| | | | Tax: | .00 |
| | | | Total Due: | 41,361.29 |

Authorized by: _____     Received on: _____

*Payment is due within 14 days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of 1.5 % per month.*

92032006101601
Page: 1 of 1

**Thank you for choosing Morrison**
*Visit our Website: www.IamMorrison.com*

*JE9203CC110206  10/31*
*CC103006  10/30*

# Morrison Management Specialists

**INVOICE**

GREATER SOUTHEAST COMMUNITY HOSPITAL

92032006110101

11/1/2006

| Services | From: 10/16/2006  To: 10/31/2006 | Attention: | Michael Grant |
|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE |
| City / State | Atlanta               GA   30368-2289 | City / State | Washington          DC   20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 70,410.24 |
| 40145 | Patient Day Adjustment | | | (1,506.96) |
| 72086 | Client Reimbursed Labor & Fringe | | | (24,187.74) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 1,125.20 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 231.84 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complemengtary Coffee & Tea | | | 788.34 |
| 40130 | Birthday meals | | | 71.58 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 1,107.83 |
| 40147 | Non - Contract expense | | Yogurt Equipment Lease | 0.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance | 0.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| | | | Sub Total: | 49,736.33 |
| | | | Tax: | .00 |
| | | | Total Due: | 49,736.33 |

**Authorized by:** _____     **Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  1.5  % per month.*

***Thank you for choosing Morrison***
*Visit our Website: www.IamMorrison.com*

*Je9203CC120106 11/16*
*CC120106 4/30*



# Morrison Management Specialists

GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE
**92032006111601**
**11/16/2006**

| Services | From: 11/1/2006 | To: 11/15/2006 | | Attention: Michael Grant | | | |
|---|---|---|---|---|---|---|---|

| Remit To: | Morrison Management Specialists | | Bill To: | Greater Southeast Community Hospital | | |
|---|---|---|---|---|---|---|
| Address | P.O. Box 102289 | | Address | 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA 30368-2289 | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | (1,275.12) |
| 72086 | Client reinbursed labor & fringe | | | (23,153.41) |
| 40048 | Floorstock | | Capped | 0.00 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 0.00 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 0.00 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 91.42 |
| 40130 | Complementary Coffee & tea | | | 647.70 |
| 40147 | Mon-contract Expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance | 0.00 |
| 40147 | Non-Contract Expenses | | Valley Protein- Grease Removal | 40.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| 73675 | Client Paid expenses | | | 0.00 |
| | | | Sub Total: | 42,360.19 |
| | | | Tax: | .00 |
| | | | Total Due: | 42,360.19 |

**Authorized by:**  _____   **Received on:** _____

*Payment is due within  **14**  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  **1.5**  % per month.*

***Thank you for choosing Morrison***
*Visit our Website: www.IamMorrison.com*

JE9203CC120506 #30

# Morrison Management Specialists

## GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE
### 92032006120101
### 12/1/2006

| Services | From: 11/16/2006  To: 11/30/2006 | | Attention: | Michael Grant | | |
|---|---|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | Bill To: | Greater Southeast Community Hospital | | |
| Address | P.O. Box 102289 | | Address | 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA  30368-2289 | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | (1,365.28) |
| 72086 | Client Reimbursed Labor & Fringe | | | (24,176.82) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 777.74 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opl) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 307.70 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complementary Coffee & Tea | | | 560.44 |
| 40130 | Birthday meals | | | 47.44 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 0.00 |
| 40147 | Non - Contract expense | | | 0.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance GCS Dish Machine Repairs | 1,142.69 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |

| | |
|---|---|
| Sub Total: | 44,999.51 |
| Tax: | .00 |
| Total Due: | 44,999.51 |

**Authorized by:** _____        **Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  1.5  % per month.*

***Thank you for choosing Morrison***
*Visit our Website: www.IamMorrison.com*

Je9203CC122106 17/18
CC122106 17/16

# Morrison Management Specialists

## GREATER SOUTHEAST COMMUNITY HOSPITAL

**INVOICE**
**92032006121801**
**12/18/2006**

| Services | From: 12/1/2006 | To: 12/15/2006 | Attention: | Michael Grant |
|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | Bill To: | Greater Southeast Community Hospital |
| Address | P.O. Box 102289 | | Address | 1310 Southern Avenue SE |
| City / State | Atlanta | GA   30368-2289 | City / State | Washington   DC   20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | (998.20) |
| 72086 | Client reinbursed labor & fringe | | | (22,564.62) |
| 40048 | Floorstock | | Capped | 0.00 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 53.97 |
| 40048 | Supplement | | Capped | 2,002.65 |
| 40043 | Internal Catering | | Capped | 0.00 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 27.97 |
| 40130 | Complementary Coffee & tea | | | 620.08 |
| 40147 | Mon-contract Expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance | 0.00 |
| 40147 | Non-Contract Expenses | | Yogurt machine Lease | 0.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| 73675 | Client Paid expenses | | | 0.00 |
| | | | Sub Total: | 45,151.45 |
| | | | Tax: | .00 |
| | | | Total Due: | 45,151.45 |

**Authorized by:** _____     **Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  1.5  % per month.*

92032006121801
Page:  1  of  1

*Thank you for choosing Morrison*
Visit our Website: www.IamMorrison.com

*Je92D3CC010507  12/31*

*CC010507  12/31*

# Morrison Management Specialists

**MORRISON**
*Management Specialists*
*A company of the Compass Group*

GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE
**92032007010201**
**1/2/2007**

| Services | From: 12/16/2006  To: 12/31/2006 | Attention: | Michael Grant |
|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE |
| City / State | Atlanta            GA    30368-2289 | City / State | Washington            DC    20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 70,410.24 |
| 40145 | Patient Day Adjustment | | | (2,183.16) |
| 72086 | Client Reimbursed Labor & Fringe | | | (22,996.81) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 566.70 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 141.70 |
| 40048 | Supplement | | Capped | 626.04 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complemengtary Coffee & Tea | | | 425.72 |
| 40130 | Birthday meals | | | 0.00 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 137.25 |
| 40147 | Non - Contract expense | | Yogurt Equipment Lease | 0.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance | 0.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 1,696.00 |
| 40147 | Monthly Reconciliation | | | 0.00 |

| | | |
|---|---|---|
| Sub Total: | | 48,823.68 |
| Tax: | | .00 |
| Total Due: | | 48,823.68 |

**Authorized by:** _____        **Received on:** _____

*Payment is due within 14 days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of 1.5 % per month.*

***Thank you for choosing Morrison***
*Visit our Website: www.IamMorrison.com*

JE9203CC011807 1/16
CC011807 1/16

# Morrison Management Specialists

## GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE

**92032007011601**

**1/16/2007**

| Services | From: 1/1/2007    To: 1/15/2007 | Attention: Michael Grant | |
|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE |
| City / State | Atlanta    GA    30368-2289 | City / State | Washington    DC    20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 66,009.60 |
| 40145 | Patient Day Adjustment | | | (1,835.40) |
| 72086 | Client reinbursed labor & fringe | | | (22,658.11) |
| 40048 | Floorstock | | Capped | 0.00 |
| 40048 | Misc. Patient meals (ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 0.00 |
| 40048 | Supplement | | Capped | 1,236.73 |
| 40043 | Internal Catering | | Capped | 0.00 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor Cafe meals | 0.00 |
| 40130 | Birthday Meals | | | 18.66 |
| 40130 | Complementary Coffee & tea | | | 481.88 |
| 40147 | Non-contract expenses | | Aladdin Lease | 0.00 |
| 40147 | Non- Contract Expenses | | repairs & Maintenance Potomac Exhaust Cleaning Ho | 1,600.00 |
| 40147 | Non-Contract Expenses | | | 0.00 |
| 40147 | Monthly Reconcilation | | | 0.00 |
| 73675 | Client Paid expenses | | | 0.00 |

| | |
|---|---|
| Sub Total: | 44,853.36 |
| Tax: | .00 |
| Total Due: | 44,853.36 |

**Authorized by:**                                        **Received on:**

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  1.5  % per month.*

***Thank you for choosing Morrison***
*Visit our Website: www.IamMorrison.com*

CM9203CCO30607 2/25
CC030307 2/28

# Morrison Management Specialists

**MORRISON**
MANAGEMENT SPECIALISTS
A Member of the Compass Group

GREATER SOUTHEAST COMMUNITY HOSPITAL

## INVOICE

92032007021301

2/13/07

| Services | From: 2/1/2007    To: 2/15/2007 | | Attention: | Cyril Allen/ Anne Ibekwe | | |
|---|---|---|---|---|---|---|
| Remit To: | Morrison Management Specialists | | Bill To: | Greater Southeast Community Hospital | | |
| Address | P.O. Box 102289 | | Address | 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA    30368-2289 | City / State | Washington | DC | 20032 |

| Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|
| 70149 | Patient Day Guarentee - Estimated | | 45,000.00 |
| | | Client paid expenses | |
| | | Capped | |
| | | Capped | |
| | | Capped | |
| | | Capped | |
| | | Doctor's Cafe Meals | |
| | | | |
| | | Capped | |
| | | Capped | |
| | | Repairs & Maintenance | |
| | | Valley Protein Grease Remov | |
| | | Aladdin Lease | |

DB  CK
9203   77810   00   324.00
3400   77810   01        324.00

| | Sub | 45,000.00 |
|---|---|---|
| | Tax: | 0.00 |
| | Tota | 45,000.00 |

12160

**Authorized by:**                                        **Received on:**

Payment is due within    14    days of the date of receipt of Morrison's billing. Any payment received past the due date shall
bear a finance penalty of    1.5 % per month.

####
Page: 1 of 1

*Thank you for choosing Morrison*
*Visit our Website: www.IamMorrison.com*

*Fe0703CC030507 2/28*
*CC030007 2/28*



# Morrison Management Specialists

## GREATER SOUTHEAST COMMUNITY HOSPITAL

# INVOICE

**92032007030101**

**3/1/2007**

| Services: | From: 2/16/2007 To: 2/28/2007 | Attention: Cyril Allen/ Anne Ibekwe | | |
|---|---|---|---|---|
| **Remit To:** | Morrison Management Specialists | **Bill To:** | Greater Southeast Community Hospital | |
| **Address** | P.O. Box 102289 | **Address** | 1310 Southern Avenue SE | |
| **City / State** | Atlanta    GA    30368-2289 | **City / State** | Washington    DC    20032 | |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 57,208.32 |
| 40145 | Patient Day Adjustment | | | (1,423.24) |
| 72086 | Client Reimbursed Labor & Fringe | | | (18,849.78) |
| 73875 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 191.04 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 64.89 |
| 40048 | Supplement | | Capped | 0.00 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complementary Coffee & Tea | | | 398.08 |
| 40130 | Birthday meals | | | 4.93 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 439.22 |
| 40147 | Non - Contract expense | | Yogurt Equipment Lease | 0.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance | 0.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease Jan and Feb | 3,392.00 |
| 40147 | Monthly Reconcilation | | | 15.46 |
| | | | **Sub Total:** | 41,440.92 |
| | | | **Tax:** | .00 |
| | | | **Total Due:** | 41,440.92 |

**Authorized by:** _____    **Received on:** _____

*Payment is due within   14   days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of    1.5   % per month.*

92032007030101

JC9203CC031407  3/14
CC031407  3/14

# Morrison Management Specialists

**MORRISON** GREATER SOUTHEAST COMMUNITY HOSPITAL

## INVOICE
**92032007031401**
**3/14/2007**

| Services | From: 3/1/2007  To: 3/9/2007 | | Attention: | Cyril Allen/ Anne Ibekwe | | |
|---|---|---|---|---|---|---|
| Remit To: Address | Morrison Management Specialists P.O. Box 102289 | | Bill To: Address | Greater Southeast Community Hospital 1310 Southern Avenue SE | | |
| City / State | Atlanta | GA  30368-2289 | City / State | Washington | DC | 20032 |

| GL | Item Name | Contract Ref. | Details | Amount |
|---|---|---|---|---|
| 40149 | Patient Day Guarentee | | | 57,208.32 |
| 40145 | Patient Day Adjustment | | | (1,423.24) |
| 72086 | Client Reimbursed Labor & Fringe | | | (13,869.96) |
| 73675 | Client reimbursed Supplies | | Client paid expenses | 0.00 |
| 40048 | Floor Stock | | Capped | 0.00 |
| 40048 | Misc. Patient Meals ( ER/Obs/Opt) | | Capped | 0.00 |
| 40048 | Nourishment | | Capped | 0.00 |
| 40048 | Supplement | | Capped | 520.04 |
| 40043 | Administrative Meals | | Doctor's Cafe Meals | 0.00 |
| 40130 | Complementary Coffee & Tea | | | 0.00 |
| 40130 | Birthday meals | | | 0.00 |
| 40048 | DC General Meals | | Capped | 0.00 |
| 40043 | Internal Catering | | Capped | 81.13 |
| 40147 | Non - Contract expense | | Yogurt Equipment Lease | 0.00 |
| 40147 | Non - Contract Expense | | Repairs & Maintenance | 0.00 |
| 40147 | Non -Contract Expense | | Aladdin Lease | 0.00 |
| 40147 | Monthly Reconcilation | | Ending Inventory  $16019.89/inventory March 2005 $ | 2,863.63 |

| | | |
|---|---|---|
| Sub Total: | | 45,379.92 |
| Tax: | | .00 |
| Total Due: | | 45,379.92 |

**Authorized by:** _____    **Received on:** _____

*Payment is due within  14  days of the date of receipt of Morrison's billing. Any payment received past the due date shall bear a finance penalty of  1.5  % per month.*

92032007031401
Page:  1  of  1

*Thank you for choosing Morrison*
Visit our Website: www.IamMorrison.com

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 016312 |
| Please call:    334-461-3020 | Date:  5/31/06 |
| Account:    9203 | Please Remit to:    MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 6/15/06 | Past Due | 3,623.82 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| ROA | 920300012ROA-9203 | 5/25/06 | -300.00 | 18.0000 | -0.89 USD |
| ROA | 920300013ROA-9203 | 5/25/06 | -725.00 | 18.0000 | -2.15 USD |
| INV | 92032005050901 | 5/24/05 | 27,371.73 | 18.0000 | 418.45 USD |
| INV | 92032005120101 | 12/16/05 | 1,835.00 | 18.0000 | 28.05 USD |
| INV | 92032006021601 | 3/3/06 | 44,285.74 | 18.0000 | 677.03 USD |
| INV | 92032006030101 | 3/16/06 | 42,286.00 | 18.0000 | 646.45 USD |
| INV | 92032006031601 | 3/31/06 | 44,070.80 | 18.0000 | 673.74 USD |
| INV | 92032006040301 | 4/18/06 | 51,970.22 | 18.0000 | 794.50 USD |
| INV | 92032006050101 | 5/16/06 | 52,538.68 | 18.0000 | 388.64 USD |

Total Finance Charge          3,623.82 USD

**Please Pay This Amount**          3,623.82  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |



**Finance Charge Notice**

| For questions regarding this notice, | | Notice: | 016246 |
|---|---|---|---|
| Please call: | 334-461-3020 | Date: | 5/31/06 |

| Account: | 9203 | Please Remit to: | MHCI |
|---|---|---|---|

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 6/15/06 | Late Remittance | 789.05  USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006020101 | 2/16/06 | 37,189.96 | 18.0000 | 440.17 USD |
| INV | 92032006021601 | 3/3/06 | 2,810.04 | 18.0000 | 33.26 USD |
| | Remittance:  LD1-052506-9 | Date: 5/25/06 | | | 473.43  USD |
| INV | 92032006011701 | 2/1/06 | 27,761.04 | 18.0000 | 219.05 USD |
| INV | 92032006020101 | 2/16/06 | 12,238.96 | 18.0000 | 96.57 USD |
| | Remittance:  WIRE-051706 | Date: 5/17/06 | | | 315.62  USD |
| | | Total Finance Charge | | | 789.05  USD |

**Please Pay This Amount**          789.05  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

## Finance Charge Notice

| | |
|---|---|
| For questions regarding this notice, | Notice: 016449 |
| Please call: 334-461-3020 | Date: 6/30/06 |
| | |
| Account: 9203 | Please Remit to: MHCI |
| | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL | MORRISON MANAGEMENT SPECIALISTS |
| 1310 SOUTHER AVENUE, SOUTHEAST | PO BOX 102289 |
| WASHINGTON DC 20032 | ATLANTA GA 30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 7/15/06 | Late Remittance | 512.88 USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032005050901 | 5/24/05 | 27,371.73 | 18.0000 | 350.96 USD |
| INV | 92032005120101 | 12/16/05 | 1,835.00 | 18.0000 | 23.53 USD |
| INV | 92032006021601 | 3/3/06 | 4,285.74 | 18.0000 | 54.95 USD |
| INV | 92032006030101 | 3/16/06 | 6,507.53 | 18.0000 | 83.44 USD |

Remittance: LD1-062706-9    Date: 6/27/06                 512.88 USD

Total Finance Charge          512.88 USD

**Please Pay This Amount          512.88 USD**

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 016525 |
| Please call:   334-461-3020 | Date: 6/30/06 |
| | |
| Account:   9203 | Please Remit to:   MHCI |
| | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL | MORRISON MANAGEMENT SPECIALISTS |
| 1310 SOUTHER AVENUE, SOUTHEAST | PO BOX 102289 |
| WASHINGTON DC  20032 | ATLANTA GA  30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 7/15/06 | Past Due | 3,702.84 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006030101 | 3/16/06 | 35,778.47 | 18.0000 | 529.33 USD |
| INV | 92032006031601 | 3/31/06 | 44,070.80 | 18.0000 | 652.01 USD |
| INV | 92032006040301 | 4/18/06 | 51,970.22 | 18.0000 | 768.87 USD |
| INV | 92032006050101 | 5/16/06 | 52,538.68 | 18.0000 | 777.28 USD |
| INV | 92032006051601 | 5/31/06 | 42,758.64 | 18.0000 | 632.59 USD |
| INV | 92032006060101 | 6/16/06 | 49,646.14 | 18.0000 | 342.76 USD |

Total Finance Charge    3,702.84 USD

**Please Pay This Amount**    3,702.84  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV=  Invoice | CM=  Credit Memo | DM=  Debit Memo |
|---|---|---|---|
| | CBK=  Chargeback | ROA=  Remittance-On-Account | |

Finance Charge Notice

For questions regarding this notice,                    Notice:      016655
Please call:        334-461-3020                        Date:        7/31/06

Account:      9203                    Please Remit to:        MHCI

GREATER SOUTHEAST COMMUNITY HOSPITAL        MORRISON MANAGEMENT SPECIALISTS
1310 SOUTHER AVENUE, SOUTHEAST               PO BOX 102289
WASHINGTON DC  20032                         ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 8/15/06 | Late Remittance | 369.86 USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006031601 | 3/31/06 | 30,000.00 | 18.0000 | 369.86 USD |

Remittance:  WIRE-072606    Date: 7/26/06                        369.86 USD

Total Finance Charge            369.86 USD

Please Pay This Amount            369.86 USD

THANK YOU FOR YOUR BUSINESS!

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

For questions regarding this notice,                    Notice:    016732
Please call:          334-461-3020                      Date:     7/31/06

Account:        9203                   Please Remit to:        MHCI

GREATER SOUTHEAST COMMUNITY HOSPITAL          MORRISON MANAGEMENT SPECIALISTS
1310 SOUTHER AVENUE, SOUTHEAST               PO BOX 102289
WASHINGTON DC  20032                         ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 8/15/06 | Past Due | 4,685.02 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006030101 | 3/16/06 | 35,778.47 | 18.0000 | 546.97 USD |
| INV | 92032006031601 | 3/31/06 | 14,070.80 | 18.0000 | 215.11 USD |
| INV | 92032006040301 | 4/18/06 | 51,970.22 | 18.0000 | 794.50 USD |
| INV | 92032006050101 | 5/16/06 | 52,538.68 | 18.0000 | 803.19 USD |
| INV | 92032006051601 | 5/31/06 | 42,758.64 | 18.0000 | 653.68 USD |
| INV | 92032006060101 | 6/16/06 | 49,646.14 | 18.0000 | 758.97 USD |
| INV | 92032006061601 | 7/1/06 | 43,966.13 | 18.0000 | 650.46 USD |
| CM | 92032006061601ADJ | 7/1/06 | -4,412.87 | 18.0000 | -65.29 USD |
| INV | 92032006070301 | 7/18/06 | 51,073.52 | 18.0000 | 327.43 USD |

Total Finance Charge                4,685.02 USD

**Please Pay This Amount**            4,685.02  USD

**THANK YOU FOR YOUR BUSINESS!**

Categories:        INV=  Invoice          CM=  Credit Memo          DM=  Debit Memo
                   CBK=  Chargeback       ROA=  Remittance-On-Account

Finance Charge Notice

| For questions regarding this notice, | Notice: | 016863 |
| Please call:    334-461-3020 | Date: | 8/31/06 |
| Account:    9203 | Please Remit to: | MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 9/15/06 | Late Remittance | 433.97 USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 9203200603010I | 3/16/06 | 35,778.47 | 18.0000 | 388.17 USD |
| INV | 9203200603160I | 3/31/06 | 4,221.53 | 18.0000 | 45.80 USD |

Remittance:  LD1-9203-082    Date: 8/23/06      433.97 USD

Total Finance Charge      433.97 USD

**Please Pay This Amount**      433.97 USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | GBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| For questions regarding this notice, | Notice: | 016930 |
|---|---|---|
| Please call: 334-461-3020 | Date: | 8/31/06 |
| | | |
| Account: 9203 | Please Remit to: | MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC 20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA 30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 9/15/06 | Past Due | 5,553.05 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006031601 | 3/31/06 | 9,849.27 | 18.0000 | 150.57 USD |
| INV | 92032006040301 | 4/18/06 | 51,970.22 | 18.0000 | 794.50 USD |
| INV | 92032006050101 | 5/16/06 | 52,538.68 | 18.0000 | 803.19 USD |
| INV | 92032006051601 | 5/31/06 | 42,758.64 | 18.0000 | 653.68 USD |
| INV | 92032006060101 | 6/16/06 | 49,646.14 | 18.0000 | 758.97 USD |
| INV | 92032006061601 | 7/1/06 | 43,966.13 | 18.0000 | 672.14 USD |
| CM | 9203200606161601ADJ | 7/1/06 | -4,412.87 | 18.0000 | -67.46 USD |
| INV | 92032006070301 | 7/18/06 | 51,073.52 | 18.0000 | 780.80 USD |
| INV | 92032006071701 | 8/1/06 | 43,761.74 | 18.0000 | 647.43 USD |
| INV | 92032006080201 | 8/17/06 | 52,031.43 | 18.0000 | 359.23 USD |

Total Finance Charge          5,553.05 USD

**Please Pay This Amount**          5,553.05  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 017047 |
| Please call: 334-461-3020 | Date: 9/30/06 |
| Account: 9203 | Please Remit to: MHCI |
| GREATER SOUTHEAST COMMUNITY HOSPITAL<br>1310 SOUTHER AVENUE, SOUTHEAST<br>WASHINGTON DC 20032 | MORRISON MANAGEMENT SPECIALISTS<br>PO BOX 102289<br>ATLANTA GA 30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 10/15/06 | Late Remittance | 380.19 USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006031601 | 3/31/06 | 9,849.27 | 18.0000 | 48.57 USD |
| INV | 92032006040301 | 4/18/06 | 30,150.73 | 18.0000 | 148.69 USD |
| | Remittance: LD1-9203-091 | Date: 9/11/06 | | | 197.26 USD |
| INV | 92032006040301 | 4/18/06 | 21,819.49 | 18.0000 | 182.93 USD |
| INV | 92032006061601 | 7/1/06 | 4,412.87 | 18.0000 | 37.00 USD |
| CM | 92032006061601ADJ | 7/1/06 | -4,412.87 | 18.0000 | -37.00 USD |
| | Remittance: LD1-9203-091 | Date: 9/18/06 | | | 182.93 USD |
| | | Total Finance Charge | | | 380.19 USD |

**Please Pay This Amount          380.19 USD**

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| For questions regarding this notice, | | Notice: 017116 |
|---|---|---|
| Please call: | 334-461-3020 | Date: 9/30/06 |

Account:     9203

| GREATER SOUTHEAST COMMUNITY HOSPITAL | Please Remit to:     MHCI |
|---|---|
| 1310 SOUTHER AVENUE, SOUTHEAST | MORRISON MANAGEMENT SPECIALISTS |
| WASHINGTON DC  20032 | PO BOX 102289 |
| | ATLANTA GA  30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 10/15/06 | Past Due | 5,885.98 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006050101 | 5/16/06 | 52,538.68 | 18.0000 | 777.28 USD |
| INV | 92032006051601 | 5/31/06 | 42,758.64 | 18.0000 | 632.59 USD |
| INV | 92032006060101 | 6/16/06 | 49,646.14 | 18.0000 | 734.49 USD |
| INV | 92032006061601 | 7/1/06 | 39,553.26 | 18.0000 | 585.17 USD |
| INV | 92032006070301 | 7/18/06 | 51,073.52 | 18.0000 | 755.61 USD |
| INV | 92032006071701 | 8/1/06 | 43,761.74 | 18.0000 | 647.43 USD |
| INV | 92032006080201 | 8/17/06 | 52,031.43 | 18.0000 | 769.78 USD |
| INV | 92032006081601 | 8/31/06 | 45,168.92 | 18.0000 | 668.25 USD |
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | 315.38 USD |

Total Finance Charge          5,885.98 USD

Please Pay This Amount          5,885.98  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 017171 |
| Please call:        334-461-3020 | Date: 10/31/06 |

| | |
|---|---|
| Account:      9203 | Please Remit to:        MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 11/15/06 | Past Due | 6,476.33 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006051601 | 5/31/06 | 34,126.31 | 18.0000 | 521.71 USD |
| INV | 92032006060101 | 6/16/06 | 49,646.14 | 18.0000 | 758.97 USD |
| INV | 92032006061601 | 7/1/06 | 39,553.26 | 18.0000 | 604.68 USD |
| INV | 92032006070301 | 7/18/06 | 51,073.52 | 18.0000 | 780.80 USD |
| INV | 92032006071701 | 8/1/06 | 43,761.74 | 18.0000 | 669.02 USD |
| INV | 92032006080201 | 8/17/06 | 52,031.43 | 18.0000 | 795.44 USD |
| INV | 92032006081601 | 8/31/06 | 45,168.92 | 18.0000 | 690.53 USD |
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | 698.33 USD |
| INV | 92032006091801 | 10/3/06 | 45,809.80 | 18.0000 | 632.55 USD |
| INV | 92032006100201 | 10/17/06 | 46,972.40 | 18.0000 | 324.30 USD |

                                    Total Finance Charge          6,476.33 USD

                                    **Please Pay This Amount**          6,476.33  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= | Invoice | CM= | Credit Memo | DM= | Debit Memo |
|---|---|---|---|---|---|---|
| | CBK= | Chargeback | ROA= | Remittance-On-Account | | |

### Finance Charge Notice

| | | | |
|---|---|---|---|
| For questions regarding this notice, | | Notice: | 017289 |
| Please call: | 334-461-3020 | Date: | 10/31/06 |
| | | | |
| Account: | 9203 | Please Remit to: | MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 11/15/06 | Late Remittance | 281.26  USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006050101 | 5/16/06 | 30,000.00 | 18.0000 | 236.71 USD |
| | Remittance:  LD1-101706-9 | Date: 10/17/06 | | | 236.71  USD |
| INV | 92032006051601 | 5/31/06 | 8,632.33 | 18.0000 | 4.26 USD |
| | Remittance:  LD1-110206-9 | Date: 11/2/06 | | | 4.26  USD |
| INV | 92032006050101 | 5/16/06 | 6,807.42 | 18.0000 | 40.29 USD |
| | Remittance:  LD1-9203-101 | Date: 10/13/06 | | | 40.29  USD |
| | | Total Finance Charge | | | 281.26 USD |
| | | **Please Pay This Amount** | | | **281.26  USD** |

### THANK YOU FOR YOUR BUSINESS!

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| For questions regarding this notice, | | Notice: | 017414 |
|---|---|---|---|
| Please call: | 334-461-3020 | Date: | 11/30/06 |
| | | | |
| Account: | 9203 | Please Remit to: | MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 12/15/06 | Late Remittance | 118.36  USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 9203200605160l | 5/31/06 | 20,000.00 | 18.0000 | 118.36 USD |
| | Remittance:  LD1-9203-111 | Date: 11/13/06 | | | 118.36 USD |
| | | Total Finance Charge | | | 118.36 USD |
| | | Please Pay This Amount | | | 118.36  USD |

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= | Invoice | CM= | Credit Memo | DM= | Debit Memo |
|---|---|---|---|---|---|---|
| | CBK= | Chargeback | ROA= | Remittance-On-Account | | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 017479 |
| Please call:    334-461-3020 | Date: 11/30/06 |
| | |
| Account:    9203 | Please Remit to:    MHCJ |
| | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL | MORRISON MANAGEMENT SPECIALISTS |
| 1310 SOUTHER AVENUE, SOUTHEAST | PO BOX 102289 |
| WASHINGTON DC  20032 | ATLANTA GA  30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 12/15/06 | Past Due | 7,164.51 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006060101 | 6/16/06 | 49,646.14 | 18.0000 | 734.49 USD |
| INV | 92032006061601 | 7/1/06 | 39,553.26 | 18.0000 | 585.17 USD |
| INV | 92032006070301 | 7/18/06 | 51,073.52 | 18.0000 | 755.61 USD |
| INV | 92032006071701 | 8/1/06 | 43,761.74 | 18.0000 | 647.43 USD |
| INV | 92032006080201 | 8/17/06 | 52,031.43 | 18.0000 | 769.78 USD |
| INV | 92032006081601 | 8/31/06 | 45,168.92 | 18.0000 | 668.25 USD |
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | 675.81 USD |
| INV | 92032006091801 | 10/3/06 | 45,809.80 | 18.0000 | 677.73 USD |
| INV | 92032006100201 | 10/17/06 | 46,972.40 | 18.0000 | 694.93 USD |
| INV | 92032006101601 | 10/31/06 | 41,361.29 | 18.0000 | 611.92 USD |
| INV | 92032006110101 | 11/16/06 | 49,736.33 | 18.0000 | 343.39 USD |

Total Finance Charge          7,164.51 USD

**Please Pay This Amount**          **7,164.51  USD**

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= | Invoice | CM= | Credit Memo | DM= | Debit Memo |
|---|---|---|---|---|---|---|
| | CBK= | Chargeback | ROA= | Remittance-On-Account | | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 017639 |
| Please call: 334-461-3020 | Date: 12/31/06 |
| Account: 9203 | Please Remit to: MHCI |
| GREATER SOUTHEAST COMMUNITY HOSPITAL | MORRISON MANAGEMENT SPECIALISTS |
| 1310 SOUTHER AVENUE, SOUTHEAST | PO BOX 102289 |
| WASHINGTON DC 20032 | ATLANTA GA 30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 1/15/07 | Late Remittance | 736.85 USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| CBK | 92032006051601COR | 12/6/06 | 19,303.96 | 18.0000 | 123.76 USD |
| INV | 92032006060101 | 6/16/06 | 10,696.04 | 18.0000 | 100.22 USD |
| | Remittance: LD1-122006-9 | Date: 12/20/06 | | | 223.98 USD |
| INV | 92032006060101 | 6/16/06 | 38,950.10 | 18.0000 | 499.41 USD |
| INV | 92032006061601 | 7/1/06 | 1,049.90 | 18.0000 | 13.46 USD |
| | Remittance: LD1-122706-9 | Date: 12/27/06 | | | 512.87 USD |
| | | Total Finance Charge | | | 736.85 USD |
| | | **Please Pay This Amount** | | | **736.85 USD** |

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 017717 |
| Please call: 334-461-3020 | Date: 12/31/06 |
| Account: 9203 | Please Remit to: MHCI |
| GREATER SOUTHEAST COMMUNITY HOSPITAL | MORRISON MANAGEMENT SPECIALISTS |
| 1310 SOUTHER AVENUE, SOUTHEAST | PO BOX 102289 |
| WASHINGTON DC 20032 | ATLANTA GA 30368-2289 |

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 1/15/07 | Past Due | 7,993.42 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006061601 | 7/1/06 | 38,503.36 | 18.0000 | 588.63 USD |
| INV | 92032006070301 | 7/18/06 | 51,073.52 | 18.0000 | 780.80 USD |
| INV | 92032006071701 | 8/1/06 | 43,761.74 | 18.0000 | 669.02 USD |
| INV | 92032006080201 | 8/17/06 | 52,031.43 | 18.0000 | 795.44 USD |
| INV | 92032006081601 | 8/31/06 | 45,168.92 | 18.0000 | 690.53 USD |
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | 698.33 USD |
| INV | 92032006091801 | 10/3/06 | 45,809.80 | 18.0000 | 700.33 USD |
| INV | 92032006100201 | 10/17/06 | 46,972.40 | 18.0000 | 718.10 USD |
| INV | 92032006101601 | 10/31/06 | 41,361.29 | 18.0000 | 632.32 USD |
| INV | 92032006110101 | 11/16/06 | 49,736.33 | 18.0000 | 760.35 USD |
| INV | 92032006111601 | 12/1/06 | 42,360.19 | 18.0000 | 626.70 USD |
| INV | 92032006120101 | 12/16/06 | 44,999.51 | 18.0000 | 332.87 USD |

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

| 9203 | | GREATER SOUTHEAST COMMUNITY HOSPITAL | | | | Page: 2 | |
| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount | Finance Charge Amount |

Total Finance Charge          7,993.42 USD

**Please Pay This Amount**          7,993.42  USD

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | **INV=** Invoice | **CM=** Credit Memo | **DM=** Debit Memo |
| | **CBK=** Chargeback | **ROA=** Remittance-On-Account | |

**Finance Charge Notice**

| | | | |
|---|---|---|---|
| For questions regarding this notice, | | Notice: | 017860 |
| Please call: | 251-461-3020 | Date: | 1/31/07 |
| Account: | 9203 | Please Remit to: | MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 2/15/07 | Late Remittance | 295.89 USD |

| Category | Receivable Document | Due Date | Late Remittance Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006070301 | 7/18/06 | 40,000.00 | 18.0000 | 295.89 USD |
| | Remittance:  LD1-011607-9 | Date: 1/16/07 | | | 295.89 USD |
| | | Total Finance Charge | | | 295.89 USD |
| | | Please Pay This Amount | | | 295.89 USD |

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

**Finance Charge Notice**

| For questions regarding this notice, | | Notice: | 017939 |
| Please call: | 251-461-3020 | Date: | 1/31/07 |
| | | | |
| Account: | 9203 | Please Remit to: | MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 2/15/07 | Past Due | 8,740.68 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 9203200606160: | 7/1/06 | 38,503.36 | 18.0000 | 588.63 USD |
| INV | 9203200607030! | 7/18/06 | 11,073.52 | 18.0000 | 169.29 USD |
| INV | 9203200607170! | 8/1/06 | 43,761.74 | 18.0000 | 669.02 USD |
| INV | 9203200608020! | 8/17/06 | 52,031.43 | 18.0000 | 795.44 USD |
| INV | 9203200608160! | 8/31/06 | 45,168.92 | 18.0000 | 690.53 USD |
| INV | 9203200609010! | 9/16/06 | 45,679.59 | 18.0000 | 698.33 USD |
| INV | 9203200609180! | 10/3/06 | 45,809.80 | 18.0000 | 700.33 USD |
| INV | 9203200610020! | 10/17/06 | 46,972.40 | 18.0000 | 718.10 USD |
| INV | 9203200610160! | 10/31/06 | 41,361.29 | 18.0000 | 632.32 USD |
| INV | 9203200611010! | 11/16/06 | 49,736.33 | 18.0000 | 760.35 USD |
| INV | 9203200611160! | 12/1/06 | 42,360.19 | 18.0000 | 647.59 USD |
| INV | 9203200612010! | 12/16/06 | 44,999.51 | 18.0000 | 687.94 USD |
| INV | 9203200612180! | 1/2/07 | 45,151.45 | 18.0000 | 645.73 USD |
| INV | 9203200701020! | 1/17/07 | 48,823.68 | 18.0000 | 337.08 USD |

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

| | 9203 | GREATER SOUTHEAST COMMUNITY HOSPITAL | | | | Page: 2 | |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount | Finance Charge Amount |
|---|---|---|---|---|---|---|
| | | | Total Finance Charge | | 8,740.68 USD | |
| | | | **Please Pay This Amount** | | **8,740.68  USD** | |

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= | Invoice | CM= | Credit Memo | DM= | Debit Memo |
|---|---|---|---|---|---|---|
| | CBK= | Chargeback | ROA= | Remittance-On-Account | | |

**Finance Charge Notice**

| | |
|---|---|
| For questions regarding this notice, | Notice: 018159 |
| Please call:     251-461-3020 | Date: 2/28/07 |
| Account:     9203 | Please Remit to:     MHCI |

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHER AVENUE, SOUTHEAST
WASHINGTON DC  20032

MORRISON MANAGEMENT SPECIALISTS
PO BOX 102289
ATLANTA GA  30368-2289

| Terms | Due Date | Type | Due |
|---|---|---|---|
| NET 15 | 3/15/07 | Past Due | 6,293.07 USD |

| Category | Receivable Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | 630.75 USD |
| INV | 92032006091801 | 10/3/06 | 45,809.80 | 18.0000 | 632.55 USD |
| INV | 92032006100201 | 10/17/06 | 46,972.40 | 18.0000 | 648.61 USD |
| INV | 92032006101601 | 10/31/06 | 41,361.29 | 18.0000 | 571.13 USD |
| INV | 92032006110101 | 11/16/06 | 49,736.33 | 18.0000 | 686.77 USD |
| INV | 92032006111601 | 12/1/06 | 42,360.19 | 18.0000 | 584.92 USD |
| INV | 92032006120101 | 12/16/06 | 44,999.51 | 18.0000 | 621.36 USD |
| INV | 92032006121801 | 1/2/07 | 45,151.45 | 18.0000 | 623.46 USD |
| INV | 92032007010201 | 1/17/07 | 48,823.68 | 18.0000 | 674.17 USD |
| INV | 92032007011601 | 1/31/07 | 44,853.36 | 18.0000 | 619.35 USD |

Total Finance Charge     6,293.07 USD

**Please Pay This Amount     6,293.07  USD**

**THANK YOU FOR YOUR BUSINESS!**

| Categories: | INV= Invoice | CM= Credit Memo | DM= Debit Memo |
|---|---|---|---|
| | CBK= Chargeback | ROA= Remittance-On-Account | |

# Finance Charge Notice

| | | | |
|---|---|---|---|
| **For questions regarding this notice,** | | **Notice:** | 033107FC |
| **Please Call:** | 251-461-3020 | **Date:** | 3/31/2007 |

**Account: 9203**

Greater Southeast Community Hospital
1310 Souther Avenue, Southeast
Washington, DC  20032

**Please Remit to:**

Morrison Management Specialists
4721 Morrison Drive, Suite 300
Mobile, AL. 36609

| Terms | Due Date | Type | Due |
|---|---|---|---|
| **NET 15** | **4/15/2007** | **Past Due** | **$10,874.71** |

| Category | Receivables Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
|---|---|---|---|---|---|
| INV | 92032006061601 | 6/30/06 | 38,503.36 | 18.0000 | $588.63 |
| INV | 92032006070301 | 7/17/06 | 11,073.52 | 18.0000 | $169.29 |
| INV | 92032006071701 | 7/31/06 | 43,761.74 | 18.0000 | $669.02 |
| INV | 92032006080201 | 8/16/06 | 52,031.43 | 18.0000 | $795.44 |
| INV | 92032006081601 | 8/30/06 | 45,168.92 | 18.0000 | $690.53 |
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | $698.33 |
| INV | 92032006091801 | 10/3/06 | 45,809.80 | 18.0000 | $700.33 |
| INV | 92032006100201 | 10/17/06 | 46,972.40 | 18.0000 | $718.10 |
| INV | 92032006101601 | 10/31/06 | 41,361.29 | 18.0000 | $632.32 |
| INV | 92032006110101 | 11/16/06 | 49,736.33 | 18.0000 | $760.35 |
| INV | 92032006111601 | 12/1/06 | 42,360.19 | 18.0000 | $647.59 |
| INV | 92032006120101 | 12/16/06 | 44,999.51 | 18.0000 | $687.94 |
| INV | 92032006121801 | 1/2/07 | 45,151.45 | 18.0000 | $690.26 |
| INV | 92032007010201 | 1/17/07 | 48,823.68 | 18.0000 | $746.40 |
| INV | 92032007011601 | 1/31/07 | 44,853.36 | 18.0000 | $685.70 |
| INV | 92032007021301 | 2/28/07 | 45,000.00 | 18.0000 | $687.95 |
| INV | 92032007030101 | 3/16/07 | 41,440.92 | 18.0000 | $306.55 |

**Please Pay This Amount**                    **$10,874.71**

### THANK YOU FOR YOUR BUSINESS!

| Categories: | INV= | Invoice | CM= | Credit Memo | DM= Debit Memo |
|---|---|---|---|---|---|
| | CBK= | Chargeback | ROA= | Remittance-On-Account | |

# Finance Charge Notice

| For questions regarding this notice, | | Notice: | 043007FC |
| --- | --- | --- | --- |
| Please Call: | 251-461-3020 | Date: | 4/30/2007 |

**Account: 9203**

Greater Southeast Community Hospital
1310 Souther Avenue, Southeast
Washington, DC  20032

**Please Remit to:**

Morrison Management Specialists
4721 Morrison Drive, Suite 300
Mobile, AL  36609

| Terms | Due Date | Type | Due |
| --- | --- | --- | --- |
| NET 15 | 5/15/2007 | Past Due | $11,511.73 |

| Category | Receivables Document | Due Date | Past Due Amount | Rate % | Finance Charge Amount |
| --- | --- | --- | --- | --- | --- |
| INV | 92032006061601 | 6/30/06 | 38,503.36 | 18.0000 | $569.64 |
| INV | 92032006070301 | 7/17/06 | 11,073.52 | 18.0000 | $163.83 |
| INV | 92032006071701 | 7/31/06 | 43,761.74 | 18.0000 | $647.43 |
| INV | 92032006080201 | 8/16/06 | 52,031.43 | 18.0000 | $769.78 |
| INV | 92032006081601 | 8/30/06 | 45,168.92 | 18.0000 | $668.25 |
| INV | 92032006090101 | 9/16/06 | 45,679.59 | 18.0000 | $675.81 |
| INV | 92032006091801 | 10/3/06 | 45,809.80 | 18.0000 | $677.73 |
| INV | 92032006100201 | 10/17/06 | 46,972.40 | 18.0000 | $694.93 |
| INV | 92032006101601 | 10/31/06 | 41,361.29 | 18.0000 | $611.92 |
| INV | 92032006110101 | 11/16/06 | 49,736.33 | 18.0000 | $735.83 |
| INV | 92032006111601 | 12/1/06 | 42,360.19 | 18.0000 | $626.70 |
| INV | 92032006120101 | 12/16/06 | 44,999.51 | 18.0000 | $665.75 |
| INV | 92032006121801 | 1/2/07 | 45,151.45 | 18.0000 | $667.99 |
| INV | 92032007010201 | 1/17/07 | 48,823.68 | 18.0000 | $722.32 |
| INV | 92032007011601 | 1/31/07 | 44,853.36 | 18.0000 | $663.58 |
| INV | 92032007021301 | 2/28/07 | 45,000.00 | 18.0000 | $665.75 |
| INV | 92032007030101 | 3/16/07 | 41,440.92 | 18.0000 | $613.10 |
| INV | 92032007031401 | 3/29/07 | 45,379.92 | 18.0000 | $671.37 |

**Please Pay This Amount**              $11,511.73

## THANK YOU FOR YOUR BUSINESS!

| Categories: | INV= | Invoice | CM= | Credit Memo | DM= Debit Memo |
| --- | --- | --- | --- | --- | --- |
| | CBK= | Chargeback | ROA= | Remittance-On-Account | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRISON MANAGEMENT
SPECIALISTS, INC.,
5801 Peachtree Dunwoody Road,
Atlanta, GA  30342

       Plaintiff,

Civil Action No.:  1:07-CV-00575-JR

       v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
1310 Southern Ave., SE
Washington, D.C.  20032

       Defendant.

## AFFIDAVIT OF JONATHAN D. VALENTINO

Jonathan D. Valentino being duly sworn upon his oath, states as follows:

My name is Jonathan D. Valentino.  I am an adult individual.  I have personal knowledge of all the statements set forth herein and am competent to testify with respect to all such statements.

1.     I am an attorney at Armstrong Teasdale LLP and I represent Plaintiff Morrison Management Specialists, Inc. ("Morrison Management") in the above-captioned action.

2.     Armstrong Teasdale was retained by Morrison Management to assist with the collection of the amounts owed by Greater Southeast Community Hospital ("Greater Southeast") to Morrison Management under the Confidential and Proprietary Agreement entered into between the two parties with an effective date of March 8, 2005 (the "Agreement").  Armstrong Teasdale has billed Morrison Management for the attorneys' fees, expenses and costs incurred in conjunction with this representation.

3.      Morrison Management has been and is continuing to incur expenses, including but not limited to attorneys' fees and litigation costs, in efforts to collect the amounts due under the Agreement.

4.      Those attorneys' fees and litigation costs include work done prior to the filing of this lawsuit in attempting to collect the debt, specifically including corresponding both by letter and by phone with Greater Southeast and Greater Southeast's parent company in order to negotiate payment of the owed amounts; sending written demands for payment of particular invoices and the total amount owed; preparing for and executing the termination of the Agreement based on the failure to pay the amounts owed; and corresponding by electronic mail, letter and phone with the client with regard to the development of the attempts to collect the amounts owed.

5.      Those attorneys' fees and litigation costs also include work done in conjunction with the filing and prosecution of this action in attempting to collect the debt.  Specifically including corresponding by electronic mail, letter and phone with the client in preparation for filing this action and in continuing to prosecute this action; corresponding by electronic mail and phone with local counsel in preparation for filing this action and in continuing to prosecute this action; corresponding by phone with opposing counsel with the intent to resolve this dispute; drafting and preparing the Complaint in this action for filing; and drafting and preparing the summary judgment documents for filing.

6.      As of May 14, Morrison Management has been billed by Armstrong Teasdale the total amount of $9,152.00 in conjunction with the work set out above.  To date, Morrison Management has paid all of the billed amounts.

7.      Morrison Management has also incurred additional attorneys' fees in conjunction

with the work set out above, specifically including the work done on the summary judgment documents, which are payable to Armstrong Teasdale but have not yet been submitted to Morrison Management in bill form. These amounts are expected to be paid by Morrison Management and total $3,490.50.

8.    To date, the total amount of attorneys' fees incurred by Morrison Management in conjunction with its attempts to collect the amounts owed by Greater Southeast equals $12,642.50. Morrison Management will continue to accrue attorneys' fees in conjunction with its attempts to collect the amounts owed by Greater Southeast until this debt is paid or settled.

9.    Attached hereto are six pages of documents titled Time Detail Report which provides the name of the attorney working on this matter, the date the item of work was done, the amount of time spent on each item, the amount charged for each item of work done, and a description of the work done. Time detail reports are generated and maintained in the normal course of business at Armstrong Teasdale and the attached is a true and accurate copy thereof for this matter.

THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK. THE NEXT PAGE IS THE SIGNATURE PAGE.

FURTHER AFFIANT SAYETH NOT.

_____
Jonathan D. Valentino

STATE OF MISSOURI          )
                           )  SS.
CITY OF SAINT LOUIS        )


On this 14th day of May, 2007 before me personally appeared Jonathan D. Valentino to me known to be the person described in the above Affidavit and who executed the foregoing Affidavit and acknowledged that he executed the same as his free act and deed.


IN TESTIMONY WHEREOF, I have here unto set my hand and affixed my official seal the day and year last above written.

_____
Notary Public


My Commission Expires:

SHARLA STASIAK
Notary Public - Notary Seal
State of Missouri
City of St. Louis
My Commission Expires Oct. 11, 2008
Commission # 04409189

**Parameters Used:**    Client.Matter: 24927.3
Entry Status: W,P,B

# Time Detail Report

Run Date: 5/14/2007

| Entry Status | Time ID | Client # | Matter # | Tkpr # | Timekeeper | Tran Date | Base Hrs | Billed Hrs | Base Amt | Billed Amt | WIP Status | Action | Phase.Task | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | 6646474 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/22/2007 | 0.60 | 0.60 | 117.00 | 117.00 | B | NA | | |
| Narrative: | | | | | Phone conference with J. Carpenter regarding background of Greater Southeast issues; conference with S. Cousins regarding same. | | | | | | | | | |
| U | 6640719 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/23/2007 | 1.90 | 1.90 | 370.50 | 370.50 | B | NA | | |
| Narrative: | | | | | Analyze information provided by J. Carpenter regarding case status and draft notes regarding potential strategies for resolution; phone conference with J. Carpenter and M. Cawley regarding facts and strategy; research internet for information regarding sale of Greater Southeast Community Hospital; phone call to J. Wagoner regarding potential aid in contacting Doctors Community Healthcare Corporation. | | | | | | | | | |
| U | 6640777 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/24/2007 | 1.60 | 1.60 | 312.00 | 312.00 | B | NA | | |
| Narrative: | | | | | Review documents received from client including service agreement; draft demand letter; draft email to J. Carpenter forwarding same; phone conference with J. Wagoner regarding Doctors Community contacts; draft email to J. Carpenter regarding same. | | | | | | | | | |
| U | 6642366 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/25/2007 | 2.60 | 2.60 | 507.00 | 507.00 | B | NA | | |
| Narrative: | | | | | Complete drafting of demand letter; draft email to J. Carpenter forwarding same; phone conference with M. Cawley regarding same and additional case facts; phone conference with J. Carpenter regarding same, draft edits to demand letter based on phone conversation with J. Carpenter. | | | | | | | | | |
| U | 6636009 | 24927 | 3 | 0061 | Cousins, Steven | 1/25/2007 | 0.30 | 0.30 | 135.00 | 135.00 | B | NA | | |
| Narrative: | | | | | Review documents. | | | | | | | | | |
| U | 6642392 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/26/2007 | 1.30 | 1.30 | 253.50 | 253.50 | B | NA | | |
| Narrative: | | | | | Draft email to J. Carpenter and M. Cawley forwarding letter as sent; phone call to C. Allen regarding resolution of dispute; phone conference with C. Allen assistant regarding Monday call; draft email to J. Carpenter, M. Cawley and T. Warren regarding status; draft email to T. Warren forwarding letter, phone conference with T. Warren. | | | | | | | | | |
| U | 6646427 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/29/2007 | 2.20 | 2.20 | 429.00 | 429.00 | B | NA | | |
| Narrative: | | | | | Draft email to client regarding phone call from C. Allen's assistant; phone conference with D. Denslaw regarding dispute; phone call to J. Carpenter regarding same; draft email to J. Carpenter; M. Cawley and T. Warren regarding same; research internet for information regarding Envision Hospital Corporation; follow up phone call to C. Allen, phone conference with J. Carpenter regarding status of negotiations; draft cover letter to D. Denslaw forwarding summary of past due amounts. | | | | | | | | | |
| U | 6646254 | 24927 | 3 | 5439 | Valentino, Jonathan | 1/31/2007 | 0.80 | 0.80 | 156.00 | 156.00 | B | NA | | |
| Narrative: | | | | | Phone conference with D. Denslaw regarding settlement; phone conference with J. Carpenter regarding same. | | | | | | | | | |
| U | 6652710 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/1/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: | | | | | Phone conference with J. Carpenter regarding latest invoice to be sent to D. Denslaw; phone call to D. Denslaw regarding payment of latest invoice; phone conference with J. Carpenter regarding same. | | | | | | | | | |

# Time Detail Report

Run Date: 5/14/2007

**Parameters Used:** Client.Matter: 24927.3
Entry Status: W,P,B

| Entry Status | Time ID | Client # | Matter # | Tkpr # | Timekeeper | Tran Date | Base Hrs | Billed Hrs | Base Amt | Billed Amt | WIP Status | Action | Phase.Task | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | 6653810 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/2/2007 | 1.50 | 1.50 | 292.50 | 292.50 | B | NA | | |
| Narrative: | Phone conference with D. Denslaw confirming payment of last invoice and discussed proposal to pay past due amounts; phone conference with J. Carpenter regarding same; conference with T. Cummings regarding structure of optimal settlement agreement; draft email to J. Carpenter, M. Cawley, and T. Warren regarding case update, strategy; and structure of optimal agreement. | | | | | | | | | | | | | |
| U | 6653803 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/2/2007 | 0.70 | 0.70 | 136.50 | 136.50 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding status of negotiations; phone conference with D. Denslaw regarding payment on latest invoice; phone conference with J. Carpenter regarding same. | | | | | | | | | | | | | |
| U | 6650225 | 24927 | 3 | 0061 | Cousins, Steven | 2/2/2007 | 0.20 | 0.20 | 90.00 | 90.00 | B | NA | | |
| Narrative: | Review settlement proposal. | | | | | | | | | | | | | |
| U | 6653883 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/6/2007 | 0.60 | 0.60 | 117.00 | 117.00 | B | NA | | |
| Narrative: | Draft email to J. Carpenter regarding receipt of check for latest invoice; phone conference with J. Carpenter regarding same and strategy; phone conference with D. Denslaw regarding proposal for settling past due debt. | | | | | | | | | | | | | |
| U | 6653295 | 24927 | 3 | 0061 | Cousins, Steven | 2/6/2007 | 0.40 | 0.40 | 180.00 | 180.00 | B | NA | | |
| Narrative: | Review letters and emails re payment demands. | | | | | | | | | | | | | |
| U | 6654059 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/7/2007 | 0.90 | 0.90 | 175.50 | 175.50 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding settlement status; phone conference with D. Denslaw regarding same; phone conference with J. Carpenter and M. Cawley regarding same. | | | | | | | | | | | | | |
| U | 6656098 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/9/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: | Phone call to D. Denslaw following up on need for immediate proposal; phone conference with T. Warren regarding status of negotiations; draft email to J. Carpenter, M. Cawley, and T. Warren regarding same; phone call to T. Warren regarding same. | | | | | | | | | | | | | |
| U | 6658152 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/12/2007 | 1.10 | 1.10 | 214.50 | 214.50 | B | NA | | |
| Narrative: | Review emails from J. Carpenter, M. Cawley and T. Warren regarding strategy; phone conference with J. Carpenter regarding same; phone call to D. Denslaw regarding need for proposal; draft letter to Greater Southeast and Doctors Community regarding deadline for proposal; phone conference with D. Denslaw regarding same; phone conference with J. Carpenter regarding same. | | | | | | | | | | | | | |
| U | 6662861 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/13/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding invoice and strategy; draft letter to D. Denslaw and C. Allen forwarding latest invoice. | | | | | | | | | | | | | |

**Time Detail Report**

Run Date: 5/14/2007

Parameters Used:    Client.Matter: 24927.3
                    Entry Status: W,P,B

| Entry Status | Time ID | Client # | Matter # | Tkpr # | Timekeeper | Tran Date | Base Hrs | Billed Hrs | Base Amt | Billed Amt | WIP Status | Action | Phase.Task | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | 6666081 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/14/2007 | 0.60 | 0.60 | 117.00 | 117.00 | B | NA | | |
| Narrative: | Analyze facsimile received from D. Denslaw regarding negotiation; draft email forwarding same to client. | | | | | | | | | | | | | |
| U | 6663093 | 24927 | 3 | 0061 | Cousins, Steven | 2/14/2007 | 0.10 | 0.10 | 45.00 | 45.00 | B | NA | | |
| Narrative: | Review letter re collection. | | | | | | | | | | | | | |
| U | 6666084 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/15/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: | Phone conference with T. Warren regarding fax from D. Denslaw. | | | | | | | | | | | | | |
| U | 6670868 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/16/2007 | 3.80 | 3.80 | 741.00 | 741.00 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding case status; phone call to D. Denslaw regarding proposal status; phone conference with J. Carpenter, T. Warren and T. Pierce regarding negotiation strategy; phone conference with D. Denslaw regarding proposal; draft email to client regarding same; phone conference with J. Carpenter regarding letter proposal, draft letter to D. Denslaw regarding negotiations. | | | | | | | | | | | | | |
| U | 6685464 | 24927 | 3 | 0061 | Cousins, Steven | 2/16/2007 | 0.10 | 0.10 | 45.00 | 45.00 | B | NA | | |
| Narrative: | Review response to demand for payment. | | | | | | | | | | | | | |
| U | 6675112 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/20/2007 | 1.30 | 1.30 | 253.50 | 253.50 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding changes to letter to D. Denslaw and decision regarding strategy; draft changes to letter based on same; draft email to J. Carpenter forwarding same. | | | | | | | | | | | | | |
| U | 6668236 | 24927 | 3 | 0061 | Cousins, Steven | 2/20/2007 | 0.10 | 0.10 | 45.00 | 45.00 | B | NA | | |
| Narrative: | Review demand letter re payment due client. | | | | | | | | | | | | | |
| U | 6675132 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/21/2007 | 0.60 | 0.60 | 117.00 | 117.00 | B | NA | | |
| Narrative: | Review email for J. Carpenter regarding letter for D. Denslaw; prepare letter to be sent to D. Denslaw; phone conference with T. Warren; draft email to client forwarding letter. | | | | | | | | | | | | | |
| U | 6675179 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/23/2007 | 0.20 | 0.20 | 39.00 | 39.00 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding status of negotiations. | | | | | | | | | | | | | |

Run Date: 5/14/2007

# Time Detail Report

**Parameters Used:**  Client.Matter: 24927.3
Entry Status: W,P,B

| Entry Status | Time ID | Client # | Matter # | Tkpr # | Timekeeper | Tran Date | Base Hrs | Billed Hrs | Base Amt | Billed Amt | WIP Status | Action | Phase.Task | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | 6683558 | 24927 | 3 | 5439 | Valentino, Jonathan | 2/26/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: Phone conference with J. Carpenter regarding status of action; phone call to D. Denslaw regarding same. | | | | | | | | | | | | | | |
| U | 6692222 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/2/2007 | 3.90 | 3.90 | 760.50 | 760.50 | B | NA | | |
| Narrative: Phone conference with T. Warren regarding termination of agreement; phone conference with J. Carpenter regarding same, draft termination letter; draft email to J. Carpenter forwarding same; draft email to T. Warren forwarding same; phone conference with T. Warren regarding termination letter; phone conference with J. Carpenter regarding same; draft email to S. Forde forwarding termination letter; phone conference with S. Forde regarding same; draft Affidavit of S. Forde; draft email to S. Forde forwarding same; phone conference with S. Forde regarding service of termination letter and affidavit. | | | | | | | | | | | | | | |
| U | 6692265 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/5/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: Phone conference with T. Warren regarding termination; phone conference with S. Forde regarding affidavit; phone conference with P. Murphy regarding serving as D.C. counsel. | | | | | | | | | | | | | | |
| U | 6692274 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/6/2007 | 0.70 | 0.70 | 136.50 | 136.50 | B | NA | | |
| Narrative: Phone conference with J. Carpenter regarding lawsuit strategy; analyze contract for potential issues. | | | | | | | | | | | | | | |
| U | 6701973 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/13/2007 | 1.40 | 1.40 | 273.00 | 273.00 | B | NA | | |
| Narrative: Phone conference with J. Carpenter regarding demand letter; draft demand letter; phone conference with J. Carpenter regarding demanded amount. | | | | | | | | | | | | | | |
| U | 6702013 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/14/2007 | 1.30 | 1.30 | 253.50 | 253.50 | B | NA | | |
| Narrative: Phone conference with J. Carpenter regarding demand letter; draft changes to letter based on same; draft email forwarding demand letter to J. Carpenter, M. Cawley, and T. Warren; phone conference with D. Denslaw regarding demand letter; draft email to client regarding same; phone conference with J. Carpenter regarding same. | | | | | | | | | | | | | | |
| U | 6699234 | 24927 | 3 | 0061 | Cousins, Steven | 3/14/2007 | 0.30 | 0.30 | 135.00 | 135.00 | B | NA | | |
| Narrative: Review letter; email re litigation venue. | | | | | | | | | | | | | | |
| U | 6710423 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/19/2007 | 0.20 | 0.20 | 39.00 | 39.00 | B | NA | | |
| Narrative: Phone conference with J. Carpenter regarding Complaint. | | | | | | | | | | | | | | |
| U | 6710444 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/21/2007 | 4.60 | 4.60 | 897.00 | 897.00 | B | NA | | |
| Narrative: Prepare Complaint; conference with T. Cummings and P. Murphy to set up conference call, phone conference with J. Carpenter regarding same; draft email to P. Murphy forwarding Complaint; draft email to J. Carpenter, P. Murphy, and T. Cummings to set up conference call. | | | | | | | | | | | | | | |

# Time Detail Report

Parameters Used:    Client.Matter: 24927.3
Entry Status: W,P,B

Run Date: 5/14/2007

| Entry Status | Time ID | Client # | Matter # | Tkpr # | Timekeeper | Tran Date | Base Hrs | Billed Hrs | Base Amt | Billed Amt | WIP Status | Action | Phase.Task | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | 6705446 | 24927 | 3 | 0051 | Cummings, Thomas | 3/21/2007 | 0.30 | 0.30 | 123.00 | 123.00 | B | NA | | |
| Narrative: | Conference with J. Valentino re status and strategy. | | | | | | | | | | | | | |
| U | 6713000 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/22/2007 | 4.80 | 4.80 | 936.00 | 936.00 | B | NA | | |
| Narrative: | Prepare for phone conference with client regarding strategy; draft email to J. Carpenter forwarding draft of Complaint; draft email to P. Murphy regarding case information; phone conference with J. Fountain, J. Carpenter, T. Cummings, and P. Murphy regarding case strategy; draft changes and additions to Complaint; draft Civil Cover Sheet; draft email to P. Murphy regarding filing requirements; draft email to J. Carpenter regarding disclosure of corporate interests; phone conference regarding same. | | | | | | | | | | | | | |
| U | 6706812 | 24927 | 3 | 0051 | Cummings, Thomas | 3/22/2007 | 0.40 | 0.40 | 164.00 | 164.00 | B | NA | | |
| Narrative: | Preparation for and telephone conference with J. Valentino, P. Murphy and client re litigation strategy. | | | | | | | | | | | | | |
| U | 6719017 | 24927 | 3 | 5439 | Valentino, Jonathan | 3/26/2007 | 0.40 | 0.40 | 78.00 | 78.00 | B | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding Complaint; review email and attached charts regarding invoiced amounts from T. Warren; phone conference with J. Carpenter regarding same. | | | | | | | | | | | | | |
| U | 6728096 | 24927 | 3 | 5439 | Valentino, Jonathan | 4/3/2007 | 0.20 | 0.00 | 39.00 | 0.00 | P | NA | | |
| Narrative: | Draft email to J. Carpenter forwarding Complaint as filed. | | | | | | | | | | | | | |
| U | 6763722 | 24927 | 3 | 5439 | Valentino, Jonathan | 5/2/2007 | 1.10 | 0.00 | 214.50 | 0.00 | W | NA | | |
| Narrative: | Phone conference with J. Carpenter regarding case status; analyze Answer to Complaint and note admitted facts; draft email to J. Carpenter regarding same, phone conference with T. Warren regarding answer. | | | | | | | | | | | | | |
| U | 6769097 | 24927 | 3 | 5439 | Valentino, Jonathan | 5/8/2007 | 6.80 | 0.00 | 1,326.00 | 0.00 | W | NA | | |
| Narrative: | Draft statement of facts, motion for summary judgment and memorandum in support of motion for summary judgment; phone conference with J. Carpenter; phone conference with R. Jessamey regarding action. | | | | | | | | | | | | | |
| U | 6769098 | 24927 | 3 | 5439 | Valentino, Jonathan | 5/9/2007 | 1.80 | 0.00 | 351.00 | 0.00 | W | NA | | |
| Narrative: | Draft memorandum in support of motion for summary judgment. | | | | | | | | | | | | | |
| U | 6769102 | 24927 | 3 | 5439 | Valentino, Jonathan | 5/10/2007 | 7.10 | 0.00 | 1,384.50 | 0.00 | W | NA | | |
| Narrative: | Draft memorandum in support of motion for summary judgment; draft changes to motion for summary judgment and statement of facts; phone conference with J. Carpenter regarding summary judgment documents and affidavit; draft affidavit of J. Carpenter based on same; draft changes to summary judgment documents based on same. | | | | | | | | | | | | | |

# Time Detail Report

Run Date: 5/14/2007

**Parameters Used:**  Client.Matter: 24927.3
Entry Status: W,P,B

| Entry Status | Time ID | Client # | Matter # | Tkpr # | Timekeeper | Tran Date | Base Hrs | Billed Hrs | Base Amt | Billed Amt | WIP Status | Action | Phase.Task | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | 6769109 | 24927 | 3 | 5439 | Valentino, Jonathan | 5/11/2007 | 0.90 | 0.00 | 175.50 | 0.00 | W | NA | | |

Narrative: Phone conference with P. Murphy regarding summary judgment documents and scheduling conference; draft email to P. Murphy forwarding same; phone conference with J. Carpenter regarding same; review email from P. Murphy regarding suggested changes.

| Report Totals: | | | Base Hrs | Billed Hrs | Base Amt | Billed Amt |
|---|---|---|---|---|---|---|
| | | | 62.10 | 44.20 | 12,642.50 | 9,152.00 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MORRISON MANAGEMENT
SPECIALISTS, INC.,
5801 Peachtree Dunwoody Road,
Atlanta, GA  30342

        Plaintiff,

                                    Civil Action No.:  1:07-CV-00575-JR

        v.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
1310 Southern Ave., SE
Washington, D.C.  20032

        Defendant.

_____

## ORDER AND JUDGMENT

Upon consideration of the Motion for Summary Judgment, and the pleadings and exhibits in support thereof, filed by the plaintiff Morrison Management Specialists, Inc. and the pleadings and exhibits filed in response by the defendant Greater Southeast Community Hospital Corporation I, this Court hereby ORDERS that the Motion for Summary Judgment of the plaintiff Morrison Management Specialists, Inc. is GRANTED in its entirety.

Accordingly, JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF Morrison Management Specialists, Inc. and against defendant Greater Southeast Community Hospital Corporation for $732,512.87 in compensatory damages, together with $12,642.50 for attorneys' fees, together with $86,423.47 for interest accrued as of April 30, 2007, which interest continues to accrue at the contractual rate of 1.5% per month until the judgment amount is paid in full.

SO ORDERED AND ADJUDGED.

DATED: _____

_____
James Robertson
United States District Court Judge