## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
MORRISON MANAGEMENT SPECIALISTS, :
INC.,                            :
                                 :
          Plaintiff,             :
                                 :
     v.                          : Civil Action No. 07-0575 (JR)
                                 :
GREATER SOUTHEAST COMMUNITY      :
HOSPITAL CORPORATION I,          :
                                 :
          Defendant.             :
```

## ORDER

The initial scheduling conference that defendant wants to postpone [9] is unnecessary until defendant's summary judgment motion [10] is ruled upon and is accordingly **off the calendar.**


                         JAMES ROBERTSON
                  United States District Judge