**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MORRISON MANAGEMENT SPECIALISTS, INC., :
:
    Plaintiff, :
:
    v. : Civil Action No. 07-0575 (JR)
:
GREATER SOUTHEAST COMMUNITY :
HOSPITAL CORPORATION I, :
:
    Defendant. :

**ORDER**

No response having been filed to plaintiff's motion for summary judgment [9], it is **ORDERED** that defendant show cause by June 29, 2007, why the motion should not be granted as conceded.


                                        JAMES ROBERTSON
                             United States District Judge