IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRISON MANAGEMENT SPECIALISTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-00575(JR)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT PRAECIPE**
(IN RESPONSE TO ORDER TO SHOW CAUSE)

Defendant, Greater Southeast Community Hospital Corporation I, by and through its undersigned attorney, respectfully represents to this Honorable Court that the parties in the above-captioned case have reached a settlement in principle, subject to the negotiation of the language and execution of settlement documents, and that they both give their consent to the Court withholding ruling on the Plaintiff's pending motion for summary judgment for an additional fourteen (14) days in order for the parties to determine whether a final settlement can be reached.

Respectfully Submitted,
Law Office of Ronald C. Jessamy, PLLC


/s/Ronald C. Jessamy
Ronald C. Jessamy, Bar No. 192898
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 434-8358
E-mail: rjessamy@jessamylaw.com

Counsel for Defendant