UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRISON MANAGEMENT SPECIALISTS, :
INC.,                            :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 07-0575 (JR)
                                 :
GREATER SOUTHEAST COMMUNITY      :
HOSPITAL CORPORATION I,          :
                                 :
        Defendant.               :

### ORDER

Upon the representation of counsel [#13] that the parties have reached a settlement in principle, and noting that more than 45 days have elapsed since the parties asked for an additional 14 days to complete their paperwork, it is **ORDERED** that this case is dismissed.  The dismissal is without prejudice.


                                    JAMES ROBERTSON
                              United States District Judge